24/25, 9:02 PM

# Point of Order

**TikTok's Favorite Councilman**

## Point of Order
6 likes • 13 followers

[Message] [Like]

Posts | About | Photos | Mentions

### Details
- Page · Merchandising Service
- The Ferris Wheel-615 S. Sagniaw Street Suite 4-5, Flint, MI, United States, Michigan
- (810) 202-5100
- info@pointoforder.store
- pointoforder.store
- Not yet rated (0 Reviews)

See all

Page transparency
Facebook is showing information to...

Get the best experience on the app [Get]

*Handwritten annotations:*

Exhibit A

This PS the business one of the Lento Law Group employees William Reyes owns that the attorney and Nationwide managers are fully aware of. They have been using it.

The National Firm Administrator John E. Groff travels with Williams reg. on the Business reg. John email PS link





Contact us

Exhibit # I(B)

> Late Councilman Eric Mays was a client and this guy William Reyes Register a business in his Name.
> ("Point of order")
> State of Wyoming



# William "Tito" Reyes

1-833-Lento-Law

wreyes@lentolawgroup.com

William Reyes, but everyone knows him as "Tito". A product of the Atlantic City School system, he decided that wasn't good enough after getting in trouble on the streets of Atlantic City. After attending Syracuse University with focus on Atrocity Studies and the Practices of Social Justice, Tito really wanted to make a difference in his community and others. Tito joined the efforts of LLG's Community Outreach Program and becoming an intricate part in LLG's efforts on a national level. Often being the first to volunteer to help in the most tragic situations.

Tito, despite focusing on all tragedies, often travels to other areas in the country when there is a need for help or activism, he has assisted in various mass tragedies such as the Pulse Night Club Shooting, Uvalde Mass Shooting, Las Vegas Shooting



Exhibit #1 (c)

**Text message to JOHN GROFF (1:39):**

You need to return my call. I did an extensive amount of legal work for you as a courtesy and you have been so ignorant not to return any of my calls. Do not appreciate what myself and my entire team did for you?

Hey I'll give u a call this evening I've been in and out of hospitals and stuff the last couple of weeks so idk y u feel like that for sir why do I have to be ignorant for I've been sick sir I do apologize
Read 9/19/24

A simple text would be nice. That's all

My bad brother
Delivered

Mon, Oct 7 at 8:00 PM 2024

I need you to call me by tomorrow at the end of business or withdrawing from all the cases
Sent with Siri

Handwritten annotations: "This is a text between John E Groff and the deceased client Eric Hansen sole heir Deonaye Mays"

---

4/15/25, 2:00 PM — William Reyes

**Lento Law Group** — Distinction. Devotion. Diligence.    Contact us

Handwritten: "Late Councilman Eric Mays was a client and this guy William Reyes Register a business in his Name. ('Point of order') State of Wyoming"

### William "Tito" Reyes

1-833-Lento-Law

wreyes@lentolawgroup.com

William Reyes, but everyone knows him as "Tito". A product of the Atlantic City School system, he decided that wasn't good enough after getting in trouble on the streets of Atlantic City. After attending Syracuse University with focus on Atrocity Studies and the Practices of Social Justice, Tito really wanted to make a difference in his community and others. Tito joined the efforts of LLG's Community Outreach





**Lento Law Group, P.C.**
1814 RT 70 STE 321
Cherry Hill, NJ 08003
856-652-2000 Ext: 497 (T)
856-375-1010 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lakatz@lentolawgroup.com

April 7, 2025

Via: Certified ail R/R/R #9589071052701790943802 & Regular Mail
Nickesha Reid
2447 Caney Oaks Drive
East Jacksonville, Florida 32218

**Subject: Estate of Eric B. Mays – Documentation and Legal Authority Concerns**

Dear Ms. Reid:

Please be advised that we have received several requests from you directly concerning the Estate of Eric B. Mays. Upon review, these requests raise some concerns, particularly with regard to the legitimacy and legal sufficiency of the documents you have submitted.

The alleged Power of Attorney you provided is not notarized by a notary commissioned in the State of Michigan. As such, it does not meet the legal requirements necessary to be recognized as a valid and enforceable document under Michigan law. Furthermore, it is evident there may be a misunderstanding of the applicable probate procedures—specifically, that the proper process for changing an estate administrator requires a formal application to and approval by the probate court.

Until we receive the following, we are unable to release any files or information to any third party:

   1. A notarized Power of Attorney executed by Hakeem Mays and properly acknowledged by a Michigan notary;

   2. Verbal confirmation from Mr. Mays verifying the authenticity and authority of the Power of Attorney;

   3. Order from the Court authorizing you to be appointed as Personal Representative.

Additionally, we wish to note that we have made repeated attempts to contact Mr. Eric Mays over the past several months, all of which have gone unanswered.

Should you wish to pursue this matter further, we respectfully request that you provide a court

Atlanta, GA • Birmingham, AL • Detroit, MI • El Paso, TX • Flint, MI
• Los Angeles, CA • Mount Laurel, NJ • New York, NY • Philadelphia, PA • Richmond, VA • San Juan, PR Scottsdale, AZ • Washington, DC • Puerto Plata, DR • Salt Lake City, UT

order or a properly executed and verified Power of Attorney, accompanied by confirmation from Mr. Mays directly.

Thank you for your attention to this matter

Very truly yours,

THE LENT LAW GROUP

BY: _____
LAWRENCE A. KATZ

Lawrence A. Katz is NOT licenced PD The STATE of michigan nor on April 7/2005 Did he have a Licence attorney ths the STATE of michigan esa miss. Boswell resignd on April 4/2005. This Law group has a history off corruption and practice unethic ohavi.&.

Filed by Corporations Division Administrator   Filing Number: 224833269470   Date: 07/08/2024



**LARA Corporations Online Filing System**
Department of Licensing and Regulatory Affairs

Form Revision Date 07/2016

## ARTICLES OF INCORPORATION
For use by DOMESTIC NONPROFIT CORPORATION

*Pursuant to the provisions of Act 162, Public Acts of 1982, the undersigned corporation executes the following Articles:*

### ARTICLE I
The name of the corporation is:

ERIC B. MAYS FOUNDATION

[handwritten: Exhibit # (F)]

### ARTICLE II
The purpose or purposes for which the corporation is formed are:
Formed as a charitable purpose corporation. It is a corporation whose purposes, structure, and activities are exclusively those that are described in Section 501(c)(3) of the Internal Revenue Code of 1986, 26 USC 501. Its purpose is to provide educations scholarships.

### ARTICLE III
The Corporation is formed upon [Non Stock] basis.

If formed on a stock basis, the total number of shares the corporation has authority to issue is

If formed on a nonstock basis, the description and value of its real property assets are (if none, insert "none"):
none

The description and value of its personal property assets are (if none, insert "none"):
none

The corporation is to be financed under the following general plan:
Gifts & Donations

The Corporation is formed on a [Directorship] basis.

### ARTICLE IV
The street address of the registered office of the corporation and the name of the resident agent at the registered office (P.O. Boxes are not acceptable):

[handwritten: — Employee of law firm]

1. Agent Name: BEVERLY BIGGS LEAVY
2. Street Address: 744 E. PHILADELPHIA AVENUE
   Apt/Suite/Other:
   City: FLINT
   State: MI     Zip Code: 48503

[handwritten: Register Business in the client Name w/ authorization]

3. Registered Office Mailing Address:
   P.O. Box or Street Address: 744 E. PHILADELPHIA AVENUE
   Apt/Suite/Other:
   City: FLINT
   State: MI     Zip Code: 48503

## ARTICLE V

The name(s) and address(es) of the incorporator(s) is (are) as follows:

| Name | Residence or Business Address |
|---|---|
| BEVERLY BIGGS LEAVY | 744 E. PHILADELPHIA AVENUE, FLINT, MI 48503 USA |

Signed this 8th Day of July, 2024 by the incorporator(s).

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Beverly Biggs Leavy | Incorporator | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

○ Decline    ● Accept

*[handwritten annotation]: Lento Law group client & Employee*

Filed by Corporations Division Administrator   Filing Number: 224833269470   Date: 07/08/2024

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

This is to Certify that the   ARTICLES OF INCORPORATION

for

ERIC B. MAYS FOUNDATION

ID Number:   803242091

received by electronic transmission on   July 08, 2024   , is hereby endorsed.

Filed on   July 08, 2024   , by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 8th day of July, 2024.

Linda Clegg, Director
Corporations, Securities & Commercial Licensing Bureau



*Exhibit (a)*

Employee w/ the directive of Lento Law office manager who acts like an owner authorize her to register a charity in their deceased Name without consent of the sole heir and Personal representative Eric Hakeem Deontaye Mays

Filed by Corporations Division Administrator    Filing Number: 225944142180    Date: 04/07/2025



Form Revision Date 07/2000

# CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
### For use by DOMESTIC NONPROFIT CORPORATION

Pursuant to the provisions of Act 162, Public Acts of 1982 (nonprofit corporations) the undersigned executes the following Certificate:

| | |
|---|---|
| The identification number assigned by the Bureau is: | 803242091 |
| The name of the corporation is: | ERIC B. MAYS FOUNDATION |

*Changes* — *Exhibit #H*

| | |
|---|---|
| The name of the resident agent on file with the Bureau is: | BEVERLY BIGGS LEAVY |
| The location of the registered office on file with the Bureau is: | 744 E. PHILADELPHIA AVENUE, FLINT, MI, 48503 |
| The mailing address of the above office on file with the Bureau is: | 744 E. PHILADELPHIA AVENUE, FLINT, MI, 48503 |

Enter in Item A the information as it should now appear on the public record.
A. The street address of the registered office and the name of the resident agent at the registered office (P.O. Boxes are not acceptable):

| | |
|---|---|
| Agent Name: | WYNTIS HALL |
| 2. Street Address: | 3214 PROSPECT STREET |
| Apt/Suite/Other: | |
| City: | FLINT |
| State: | MI |
| | Zip Code: 48504 |

Registered Office Mailing Address:

| | |
|---|---|
| P.O. Box or Street Address: | 3214 PROSPECT STREET |
| Apt/Suite/Other: | |
| City: | FLINT |
| State: | MI |
| | Zip Code: 48504 |

*The date the client Eric H.D. may like to have the lawyer he transfer they remove elle in some hore*

The above changes were authorized by resolution duly adopted by: 1. ALL CORPORATIONS: its Board of Directors or the resident agent if only the address of the registered office is changed, in which case a copy of this statement has been mailed to the corporation.

2. NONPROFIT CORPORATIONS ONLY: the incorporators, only if no board has been appointed. 3. LIMITED LIABILITY COMPANIES: an operating agreement, affirmative vote of a majority of the members pursuant to section 502(1), managers pursuant to section 405, or the resident agent if only the address of the registered office is changed.

The corporation or limited liability company further states that the address of its registered office and the address of its resident agent as changed, are identical.

*CFO David Hasip Lanso*

Effective Date: 04/07/2025

This document must be signed by an authorized officer or agent (corporations) or a member, manager, or an authorized agent (limited

liability companies).

Signed this 7th Day of April, 2025 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| David Haislip | Incorporator | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

○ Decline     ● Accept

*[Handwritten annotation with arrow pointing to signature: "CFO from law group"]*

Filed by Corporations Division Administrator   Filing Number: 225944142180   Date: 04/07/2025

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

**This is to Certify that the** CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT

for

ERIC B. MAYS FOUNDATION

**ID Number:** 803242091

received by electronic transmission on April 07, 2025, is hereby endorsed.

**Filed on** April 07, 2025, by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 7th day of April, 2025.

*Linda Clegg*

Linda Clegg, Director
Corporations, Securities & Commercial Licensing Bureau

27385334

**STATE OF MICHIGAN**
**LARA CSCL/CD- 520 - CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR CHANGE OF RESIDENT AGENT**

Corporations Division Administrator
**FILED**
Doc #: 27385334
Filed Date: 8/12/2025

C0529-7396   08/11/2025 Received by Michigan Corporations Division

Certificate of Change of Registered Office and/or Change of Resident Agent

*Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), or Act 162, Public Acts of 1982 (nonprofit corporations), or Act 23, Public Acts of 1993 (limited liability companies), the undersigned executes the following Certificate:*

| | |
|---|---|
| The name of the corporation or limited liability company is: | ERIC B. MAYS FOUNDATION |
| The identification number assigned by the Bureau is: | 803242091 |
| The name of the resident agent on file with the Bureau is: | WYNTIS HALL |
| | Address |
| | 3214 PROSPECT STREET, FLINT, MI 48504 |
| | Mailing Address |
| | 3214 PROSPECT STREET, FLINT, MI 48504 |

**ENTER THE INFORMATION AS IT SHOULD NOW APPEAR ON THE PUBLIC RECORD**

**The name of the resident agent is:**

REGISTERED AGENTS INC

Address
2222 W GRAND RIVER AVE STE A, OKEMOS, MI 48864

Mailing Address

☒ I certify the above individual/company has agreed to serve as the Resident Agent for service of process for this entity.

☒ The above changes were authorized by resolution duly adopted by: 1. ALL CORPORATIONS: its Board of Directors or the resident agent if only the address of the registered office is changed, in which case a copy of this statement has been mailed to the corporation. 2. NONPROFIT CORPORATIONS ONLY: the incorporators, only if no board has been appointed. 3. LIMITED LIABILITY COMPANIES: an operating agreement, affirmative vote of a majority of the members pursuant to section 502(1), managers pursuant to section 405, or the resident agent if only the address of the registered office is changed.

☒ The corporation or limited liability company further states that the address of its registered office and the address of its resident agent as changed, are identical.

Attestations

☒ I understand that the information I enter into the online system is public information and will appear online and on copy requests exactly as I enter it into the system.

☒ I have been authorized by the business entity to file this document online.

☒ I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.

Signature

| Self | *John Groff* | 08/11/2025 |
|---|---|---|
| Signer's Capacity | Sign Here | Date |

*once the [crossed out] Represantive real open a funding John trunser H again*

 Gmail   Nicki Reid <ms.nickireid@gmail.com>

## Fwd: Ericmays.com Website Message
3 messages

**Eric HD Mays** <councilmanericbmaysfoundations@gmail.com>   24 August 2025 at 21:14
To: reidsaundersenterprises@gmail.com, "MS.NICKIREID@gmail.com" <MS.NICKIREID@gmail.com>, ericmays2012@gmail.com

Eric Hakeem Deontaye Mays, President

---------- Forwarded message ---------
From: **Hasselbring Staff** <hasselbring1002@gmail.com>
Date: Wed, Aug 20, 2025 at 7:31 AM
Subject: Re: Ericmays.com Website Message
To: Eric HD Mays <councilmanericbmaysfoundations@gmail.com>

Eric Hakeem Deontaye Mays, President
Nickesha Reid, Vice President
Eric B. Mays Foundation Inc.

Re: Domain Forwarding of EricMays.com

Dear Mr. Mays and Ms. Reid,

(handwritten annotation: "ericmays.com police (Hasselbring senior center)")

Thank you for your recent correspondence regarding the domain EricMays.com. I appreciate you bringing your concerns to my attention, and I would like to provide clarification.

First, please note that the domain name in question was lawfully acquired and registered through the appropriate channels, and as the registrant, I am within my rights to manage and forward the domain as I see fit. That said, I want to make clear that neither myself nor my entity claims any affiliation, endorsement, or partnership with Councilman Eric Mays or the Eric B. Mays Foundation Inc.

To further ensure there is no potential confusion to the public, I have implemented a clear disclaimer on the website, stating unequivocally that the domain and its associated content are not connected with Councilman Mays or the Foundation. This measure is being taken in good faith to respect your concerns while also preserving my legal rights as the registrant of the domain.

I trust this resolves any misunderstanding. Please be assured that it has never been my intention to mislead, misrepresent, or create any association with Councilman Mays or the Foundation. My sole objective is to utilize the domain for legitimate business purposes under my own entity, which I have the full right to do.

I appreciate your communication and hope this letter provides clarity and reassurance. Should you wish to discuss this further, I am open to constructive dialogue.

Respectfully submitted,
Beverly Lewis

On Tue, Aug 19, 2025 at 7:40 PM Eric HD Mays <councilmanericbmaysfoundations@gmail.com> wrote:
Dear Administrator,

We are writing to bring to your attention concerns regarding the domain ericmays.com that links to business website Hasselbring Senior Center. As Vice President of the Eric B. Mays Foundation Inc. and given Councilman Eric Mays' association with the community, we kindly request that you clarify the relationship between your organization and ours and remove that domain from your website. As there are no affiliation that exists, we respectfully request that you take steps to dissociate Councilman Mays' name from your website to avoid any potential confusion.

Sincerely,
Eric Hakeem Deontaye Mays, President
Nickesha Reid, Vice President, Eric B. Mays Foundation Inc.

--
Beverly Lewis,
Executive Director

---

**Reids & Saunders Enterprises** <reidsaundersenterprises@gmail.com>  1 October 2025 at 13:34
To: Nicki Reid <ms.nickireid@gmail.com>

*Nicky*

**REID & SAUNDERS ENTERPRISES FIRM LLC**
**Address:** 10658 Biscayne Blvd
Jacksonville, Florida
32218
**Tel:** 904-370-3345
**Email:** reidsaundersenterprises@gmail.com

Please note that Reid & Saunders Enterprises Firm is not an attorney licensed to practice law in the state of Florida, and we cannot give or accept fees for legal advice.

"Providing the highest quality process services and remote notarization services nationwide as well as internationally"



This E-mail contains privileged and confidential information intended only for the individual or entity named in the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify the sender by reply E-mail immediately, and delete and destroy the original message.
[Quoted text hidden]

---

**Nickesha V. Reid** <ms.nickireid@gmail.com>  1 October 2025 at 13:34
To: Nicki Reid <ms.nickireid@gmail.com>

I remain,
Nicki Reid
Cell: 310-614-5432



---------- Forwarded message ---------
From: **Eric HD Mays** <councilmanericbmaysfoundations@gmail.com>
Date: Sun, Aug 24, 2025 at 9:14 PM
Subject: Fwd: Ericmays.com Website Message
To: <reidsaundersenterprises@gmail.com>, MS.NICKIREID@gmail.com <MS.NICKIREID@gmail.com>, <ericmays2012@gmail.com>

[Quoted text hidden]
[Quoted text hidden]



Nicki Reid <ms.nickireid@gmail.com>

## Coordination of Service – Slander/Libel Case Filed April 2025

5 messages

**Nickesha V. Reid** <ms.nickireid@gmail.com>  1 October 2025 at 13:30
To: John Groff <jgroff@lentolawgroup.com>
Cc: Joseph Lento <jdlento@lentolawgroup.com>, Larry Katz <Lakatz@lentolawgroup.com>, Courtney Hinke <chinke@lentolawgroup.com>, dleyton@geneseecountymi.gov, ag-info@michigan.gov, oae.mbx@njcourts.gov, cpf@michbar.org, Michigan Attorney General <miag@michigan.gov>, mpreketes@geneseecountymi.gov, jpotbury@geneseecountymi.gov, mtesner@geneseecountymi.gov, rbrown2@geneseecountymi.gov, Stacy Scheff <Sscheff@lentolawgroup.com>, tlcastro@lentolawgroup.com, mharrell@lentolawgroup.com, Thomas Terrill <tmterrill@lentolawgroup.com>, vjimenez@lentolawgroup.com, Andy Boyadzhyan <ABoyadzhyan@lentolawgroup.com>, mgtavera@lentolawgroup.com, lmuhammad@lentolawgroup.com, mayor@cityofflint.com, Kepalmarozzi@lentolawgroup.com, Ladel Lewis <llewis@cityofflint.com>, Krystel Sarmiento <ksarmiento@lentolawgroup.com>, Joanne Gurley <jgurley@cityofflint.com>, jkuptz@cityofflint.com, tsparrow@cityofflint.com, VCooper@cityofflint.com

Re: Coordination of Service – Slander/Libel Case Filed April 2025

Dear Mr. Groff ft and Representatives of The Lento Law Group

This letter serves as my formal notice regarding the slander and libel lawsuit filed in April 2025 due to retaliation because I became POA for the late activist Eric Mays sole heir and we dismissed and stated facts.

I am aware that your firm has placed attorney Lawernce Katz on administrative leave with pay September 30, 2025 Since that individual is no longer handling this matter, I request immediate confirmation of who will be serving as the attorney / lead counsel for your side so we can coordinate service properly.

I am prepared to move this lawsuit forward promptly and wish to ensure that all parties are properly served in accordance with court rules. Please provide the name and contact information of your designated counsel at your earliest convenience.

Thank you for your prompt attention to this matter. I look forward to your response.

Sincerely,

/s/ Nickesha V. Reid

Nickesha V. Reid, Pro Se

I remain,
Nicki Reid
Cell: 310-614-5432

*[Handwritten annotation: PART of the harassment tactic from Law group to POA. filed lawsuit]*



2 attachments


UNITED STATES DISTRICT COURT.pdf
145K


Joesph Lento (1).pdf
117K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: ms.nickireid@gmail.com

1 October 2025 at 13:31



## Address not found

Your message wasn't delivered to **mgtavera@lentolawgroup.com** because the address couldn't be found or is unable to receive email.

**LEARN MORE**
⚠ This link will take you to a third-party site

The response from the remote server was:

```
550 5.4.1 Recipient address rejected: Access denied. For more information see
https://aka.ms/EXOSmtpErrors [SA2PEPF0000150A.namprd04.prod.outlook.com 2025-10-01T17:31:08.481Z
08DE00BC5BC899BF]
```

Final-Recipient: rfc822; mgtavera@lentolawgroup.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; lentolawgroup-com.mail.protection.outlook.com.
(2a01:111:f403:f90f::, the server for the domain lentolawgroup.com.)

 Like    Comment    Share

76 shares

Most relevant ⌄

*Predatory*
*How bought the law group to*
*the sole hier*



**Tonya Burns**
When I last spoke to you and Hakeem Mays, you stated you "Nicky" had an issue with the building being named Eric B Mays. However, Hakeem stated he wanted his dad's name on the building to help preserve his father's legacy. If you have a problem with the resolution, which was vetted through the City Of Flint legal department as there was NO TRADEMARK on his name and the resolution passed unanimously. Whatever other inferences you're trying to draw are an embarrassment to the late Councilman's legacy on your behalf for your claim of representing his son, Hakeem.... See more