

**2024225455DE**

STATE OF MICHIGAN PROBATE COURT COUNTY (

CASE NUMBER: 2020-24225455- DE

*Exhibit 2*

The Deceased: **Eric Bradford Mays**

# Motion for an emergency hearing on the removal of counsel

I respectfully ask that the courts recognize that Eric Bradford Mays' heir has legally dismissed his legal counsel. whom I believe no longer works for the Lento Law firm. All of the Lento Law Group's attorneys were officially dismissed on March 26, 2025, and we are asking for a hearing to update the records and designate Ms. Nickesha V. Reid as the sole heir's designated POA and personal representative for the deceased estate. Please see the attached documents of the POA ,email sent to attorney and terminated letter.

## CERTIFICATE OF SERVICE

I certify that a copy of this document was ( X ) mailed (  ) faxed and mailed (  ) e-mailed (  ) hand-delivered     to     the     person(s)     listed     below     on     *{date}* 03/27/2025_____.

Other party or his/her attorney:
Name:___Jewuel Bosewell_____
Address:___The fern's wheel 645 Saginaw Street____
City, State, Zip:_____Flint, michigan_____
E-mail:___Jb @ jblegalservice.com_____

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this answer and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Date:_03/26/2025_

_____(POA) FOR Eric Haxer Deontae Mays_
Signature of Party

Printed Name:_Nickesha V. Reid (POA)_
Address:_24447 Cindy Oaks Drive East_
_Jacksonville, Florida 32218_
Tel. No.:_310 614-5432_
E-Mail:_ms.nickireid@gmail.com_

FILED
APR 07 2025
GENESEE COUNTY
PROBATE COURT

 **Gmail**

**Nicki Reid <ms.nickireid@gmail.com>**

## (no subject)

**Nickesha V. Reid** <ms.nickireid@gmail.com>
To: jb@jblegalservice.com
Cc: chinke@lentolawgroup.com, info@abatelaw.com, jdlento@lentolawgroup.com, sreina@lentolawgroup.com, lmuhammad@lentolawgroup.com, ksarmiento@lentolawgroup.com, Awallenwein@lengtolawgroup.com, wreyes@lentolawgroup.com, nhijazi@lentolawgroup.com

Wed, Mar 26, 2025 at 3:56 PM

Greetings for the afternoon.

I'm writing to you concerning a probate case, Genesee (County Case # 2024-24225455-DE), Flint, MI, as well all other cases connected with Eric B. Mays. I am writing as the POA for his son, Eric Hakeem Mays, to let you know that we are requesting the firm to remove its counsel in this case including any others that are still remaining around nationwide. Documents of the executed POA and the official termination letter are attached.

[Quoted text hidden]

 Exhibit # A



**2 attachments**

📄 **RE_ Termination of Legal Services for the Estate of Councilman Eric Bradford Mays (2).pdf**
75K

📄 **Signed_Michigan Financial Power of Attorney Form (Official).pdf**
346K

Approved, SCAO

PCS CODE: REI
TCS CODE: REI

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF Genesee | PETITION AND ORDER FOR REINSTATEMENT<br>(CASE NOT CLOSED) | <br>2024225455DE |

In the matter of _____
First, middle, and last name

USE NOTE: If the estate was closed under
MCR 5.203, use forms PC 607 and PC 605

**PETITION**

☐ 1. I was suspended as fiduciary in this matter because of my failure to

☒ file an inventory.
☐ submit inventory fee information.
☐ file an account.
☐ file an annual report on the condition of legally incapacitated individual.
☐ file an annual report on the condition of minor.
☐ file an annual report on the condition of developmentally disabled individual.

☐ _____

I am now correcting that deficiency.

2. The case was not closed under MCR 5.203(D).

3. The interested persons, addresses, and their representatives are the same as those who were notified of my suspension, except as follows: (For each person whose address changed, list the name and new address; attach separate sheet if necessary.)

Eric Hakeem Deontae mays has appointed a POA
on his behalf, Ms. Nickesha V. Reid who's Address
2447 Caney Oaks Drive East Jacksonville, Florida 3221

4. **I REQUEST** that I be reinstated as _____
Title

I declare under the penalties of perjury that this petition has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

03/25/2025
Date

Petitioner signature _____

Petitioner name (type or print) Nickesha V. Reid POA Eric Hakeem D. mays

Address 2447 Caney Oaks Drive East
City, state, zip Jacksonville, Florida 32218    Telephone no. 3106145493

**(SEE SECOND PAGE)**

USE NOTE: If this form is being filed in the circuit court family division, please enter the court name and county in the upper left-hand corner of the form.

Do not write below this line - For court use only



FILED
APR 07 2025
GENESEE COUNTY
PROBATE COURT

PC 603   (9/16)   **PETITION AND ORDER FOR REINSTATEMENT (CASE NOT CLOSED)**    MCR 5.203(D)

March 24, 2025

**Lento Law Group**
**The Ferris Wheel**
**615 Saginaw Street**
**Flint, MI 48502**

RE: Termination of Legal Services for the Estate of Councilman Eric Bradford Mays

Attn: Managing Attorney: Jewuel Boswell, Flint, Michigan office

Dear Mrs. Boswell,

I, Nickesha V. Reid, the legal representative of Eric B. Mays estate that has been appointed by his one heir, Eric Hakeem Deaonte Mays, have decided to terminate our and my late father current legal relationship immediately.

I am terminating this relationship because of financial extortion, dereliction of duty to the estate, failure to communicate, and no updates on all legal case statuses over six months.

Please do not take any further action on late council Eric B. Mays Estate's behalf.

To allow us to communicate this with the estate's future legal counsel, I request that you promptly submit a copy of all case files to the address below. Your final bill can be sent to the same address. Should you have additional queries or concerns. Do not hesitate to reach me at the aforementioned address, via phone at 310-614-5432, or by email at ms.nickireid@gmail.com.

Nickesha Reid, Appointed (POA ) of Eric Hakeem D. Mays and deceased Eric Bradford Mays

10658 Biscayne Blvd

Jacksonville, Florida

32218

Sincerely,

*Exhibit # B*

*Nickesha V. Reid*

CC: Eric H. D Mays



Eric HaKeem Deontaye Mays, son of the late Flint Councilman Eric Mays, plants a wreath outside of Flint City Hall during a memorial service for his father in this March 23, 2024, Flint Journal file photo. Julian Leshay Guadalupe | MLive.com



By Ron Fonger | rfonger1@mlive.com

FLINT, MI -- More than a year after the death of former Flint Councilman Eric Mays, his only son is seeking to replace the attorney handling his father's estate.

Nickesha V. Reid of Jacksonville, Florida, filed power-of-attorney documents and requested an emergency hearing in Genesee County Probate Court on Monday, April 7.

Judge Jennie Barkey has scheduled a hearing for April 22.

Subscribe

**The Online Newspaper + Premium Access to MLive.com! Start Today for $1**

Advertisement

Close

SUBSCRIBER ⚬┅

# Son of late Flint councilman Eric Mays seeks to replace estate attorney

Updated: Apr. 08, 2025, 12:45 p.m. | Published: Apr. 08, 2025, 12:45 p.m.

"Because we don't have legal representation, his son and I are requesting money to find a new attorney who will safeguard his legacy and his four beautiful grandchildren," Reid wrote in a GoFundMe appeal she started last week.

Reid said she and Mays dated more than 15 years ago and spoke of marriage before the bombastic councilman died without a will at his home on Russell Avenue at age 65 on Feb. 24, 2024.

"We had a relationship," she said. "We always stayed in contact. He asked me to marry him a few times" and "we talked about reuniting in 2023."

She said in her GoFundMe appeal that the Mays family needs a trusted attorney to "get Mr. Point of Order's business affairs in order."

"We urge everyone to refrain from buying any items for the grandchildren's sake on any website until further notice, as they do not benefit from it," she said.

Before his death, Mays became one of the best-known city council members in the country.

First elected to the Flint council by just a seven-vote margin in 2013, Mays' popularity -- fueled by viral videos that often featured confrontations with other council members -- grew in the decade that followed.

His brand of politics was unconventional and confrontational. He spoke in a deep, booming voice, developed nicknames for his adversaries, and was a stickler for council rules and Robert's Rules of Order.

The Journal could not immediately reach Eric HaKeem Deontaye Mays or Fernandez for comment on the effort to change estate attorneys.

Fernandez previously worked with Lento, but a spokesman for the law firm said on Tuesday, April 8, that he is no longer affiliated with it.

"Mr. Mays is certainly welcome to change his legal representatives as he sees fit," Lento said in a statement to the Journal. "We look forward to hearing from him, as we were recently presented with an invalid power of attorney in connection with this effort."

Lento Law represented the elder Mays in several lawsuits filed against the city, Mayor Sheldon Neeley, and other members of the Flint council.

The firm represented his son during a dispute with siblings of Mays after the councilman's death.



## Subscribe now to continue reading

Monthly subscriptions renew automatically. Cancel anytime.

### $5/First Month

MLive.com Basic Access
Renews at $10/month

**Subscribe Now**

BEST OFFER

### $10/First Month

MLive.com All Access plus 8 regional daily
online newspapers
Renews at $15/month

**Subscribe Now**

### Day Pass for $5

24 hours of Basic Access
No commitment

**Purchase**

View All Offers

Already a subscriber? Please sign in

Reid told MLive-The Flint Journal that she's representing the wishes of Eric HaKeem Deontaye Mays, who wants to terminate attorney John Fernandez and the Lento Law Group from the case.

In documents she provided to the Journal, Reid said the change is necessary for reasons including failure to communicate and dereliction of duty.

She said her goal is to protect the Mays family and ensure they receive what they are entitled to, including proceeds from the sale of merchandise bearing his name and likeness.

**Lento Law Group, P.C.**
1814 RT 70 STE 321
Cherry Hill , NJ 08003
856-652-2000 Ext: 497 (T)
856-375-1010 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lakatz@lentolawgroup.com

## Law Group

Distinction. Devotion. Diligence.

August 12, 2025

VIA CERTIFIED MAIL # 9589071052702906336624 & EMAIL: msnickireid@gmail.com

Nickesha Reid
447 Canel Oaks Drive East
Jacksonville, FL 32218-9084

Re: Unauthorized Use of the Eric Mays Foundation Name, Misrepresentation, and   Trademark Infringement

Dear Ms. Reid:

This office represents the Eric Mays Foundation, Inc. a Michigan Corporation with respect to its legal matters. It has come to our attention that you have made statements and/or posts—copies of which are attached hereto as Exhibit A—that falsely associate the Eric Mays Foundation with Eric Hakeem and Deonte Mays. These individuals have no legal, structural, or organizational connection with the Eric Mays Foundation, nor do they have authority to act on its behalf or represent it in any capacity.

Your actions constitute misrepresentation, unauthorized use, and infringement upon the Foundation's common law trademark rights in its name, as well as misappropriation of the names and likenesses of its officers and board members. Such actions are likely to cause public confusion, damage the Foundation's reputation, and dilute the distinctiveness of its name and brand.

Accordingly, you are hereby directed to **CEASE AND DESIST** immediately from:
1. Using the name "Eric B. Mays Foundation" in any manner to include your disingenuous formation of the Eric B. Mays Foundation(s) in the State of Florida, which clearly is done to defraud the only authorized Foundation;
2. Making any statements, posts, or representations linking the Foundation to Eric Hakeem, Deonte Mays, or any other unauthorized individuals that are affiliated with my clients' foundation;
3. Using the names, likenesses, or identities of the Foundation's officers, board members, or affiliates without express written permission.

Atlanta, GA • Birmingham, AL • Detroit, MI • El Paso, TX • Flint, MI
• Los Angeles, CA • Mount Laurel, NJ • New York, NY • Philadelphia, PA • Richmond, VA • San Juan, PR Scottsdale, AZ • Washington, DC • Puerto Plata, DR • Salt Lake City, UT

*[Handwritten annotations in margins:]* Threats to the former client about the used of his father Name please note the place a non qualified lawyer on the Probate case

*Every day they are* be dismiss they refuted

without express written permission.

You are further directed to:
• Immediately remove all posts, statements, and materials—whether online, in print, or otherwise—that contain these false and misleading statements;
• Issue a public notice clearly stating that your prior statements were in error and that Eric Hakeem and Deonte Mays have no connection to the Eric B. Mays Foundation.

Failure to comply with these demands will result in the Foundation seeking all available legal remedies without further notice, including filing suit for damages and injunctive relief against you, U-Haul 1596, Eric Hakeem Deonte Mays, and the U-Haul Corporation. Claims will include, but are not limited to, defamation, common law trademark infringement, false association, misappropriation of name and likeness, Fraud, and any related causes of action. We will also seek recovery of attorney's fees, costs, and punitive damages.

Please provide written confirmation within five (5) business days of receipt of this letter that you will comply in full.

GOVERN YOURSELF ACCORDINGLY.

Very truly yours,

Lawrence A. Katz, Esquire
Attorney for Eric B. Mays Foundation, Inc.

LAK/ch

C: Eric Hakeem Deonte Mays via Email: ericmays2012@gmail.com
Certified Mail # 9589071052702906336631
     Uhaul Corporation – 2727 N. Central Avenue, Phoenix, AZ 85004
Certified Mail # 9589071052702906336648

Encl.: Exhibit A – Copies of Posts/Statements



Outlook

Eric mays

From: nathnyckids@yahoo.com <nathnyckids@yahoo.com>
Date: Tue 5/14/2025 2:33 PM
To: Cooney links <dinklinks@thecooneygroup.com>

2:21

◀ Chrome

◀ 10

+1 (252) 544-3692

the "Eric B. Mays Foundations" has unveiled
ts sponsors for the 2025 Back to School Dive



Nicky reid is crazy



Go after her and let people know that
this is a fraud her or Eric has no
affiliation with the foundation

Absolutely

When I'm done she's going to wish
alligator Alcatraz had room

Lmfao

Read 2:13 PM

Just watch

 What's on your mind?



Create story

Raj Gupta ·

Hunter Rodriguez

Justin

**Flint Politics**
 Rich Corpuz · 1h · ☺

**Friends of Berston Field House**
1d · ☺

We are informing our Berston Field House patrons that we have been notified of an unapproved or unplanned event scheduled for 11:00 am on Monday, August 11, 2025, at Berston, has been shared on social media. Please know that all Berston programs will go on as scheduled. There will be no cancellations of any programs on Monday.
We will be sure to alert our patrons in advance of any cancellations of Berston programs.

James Avery,
Executive Director

Berston Field House programs schedule        Berston Fie

What is the reason for the notification?        Why was the ev

♡ 1                               3 comments  2 shares

 Like         Comment         Send        Share

 **CC&A Strategic Media**
Sponsored · ☺

B2C Law Firms Doing $1M+ Per Year:

 **810 Flint**
1 hour ago

**The "Eric B. Mays Foundations" has unveiled its sponsors for the 2025 Back to School Dive**





Reid Nicky is with Leon EL-Alamin and 8 oth... 1/2
18h · 🌐
@highlight

Acknowledgment of Sponsors
"Flint, Michigan 1st Ward Back to school drive"

We're proud to acknowledge the generous support of our esteemed sponsors. Special thanks to the Eric B. Mays Foundation Inc. with a special appreciation to its President, Mr Eric Hakeem Deontaye Mays Hakeem Mays.
We're also grateful to the Real Talk with Robert Simmons Show Robert Simmons for their valuable partnership. Additionally, we'd like to extend our sincerest appreciation to the City of Flint First Ward Councilman Leon El-Alamin Leon El-Alamin, Uhaul neighborhood dealer #1586 Nicky Reid, and Jennifer Pyburn Revival Wear Brand for their significant contributions. Their commitment to our mission is is truly valued and respected.

Sincerely,
Reid Nicky, President of Reid & Saunders Enterprises Firm



checking account.

After completing qualifying activities. Member FDIC.

usbank.com
Limited-time offer

Apply now

👍 5

Like    Comment    Share

**Hakeem Mays**
8h · 🌐 · 🌐                              ···   ✕

### Started new job at Eric b mays foundation president

August

Foundation July 2025

The Eric B Mays Foundation is dedicated to improving the quality of life in our communities. We strive to honor the legacy of Councilman Eric Bradford Mays This foundation was created in honor of the late Councilman Eric Bradford Mays of Flint by his sole heir, Eric Hakeem Deontaye Mays, to provide assistance in a society where each person's quality of life is correlated with the health of the local and global communities.

👍❤️ 23              10 comments  1 share

Like    Comment    Send    Share



**Flint's HNN (Hood News Network)**      ···   ✕
Kevin Tay · 4h · 🌐

## How do a councilman Serv his own mom crack. Smh .

😮 5                              2 comments

Like    Comment    Send    Share



**The Law Firm Incubator**              ···   ✕
Sponsored · 🌐

Thank you,
Courtney Hidde
Sent from my iPhone

*[handwritten notes: Leon's review / group PS suspended PN (5) two STATE PN 5 mths]*

# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 3063 Disciplinary Docket No. 3 |
| Petitioner | : No. 80 DB 2022 |
| v. | : Attorney Registration No. 208824 |
| JOSEPH D. LENTO | : (Philadelphia) |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 19th day of November, 2024, upon consideration of the Report and Recommendations of the Disciplinary Board, Respondent's Petition for Review and Application for Relief, the Application for Relief is denied, and Joseph D. Lento is suspended from the Bar of this Commonwealth for five years. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(8).

A True Copy Nicole Traini
As Of 11/19/2024

Attest: *[signature: Nicole Traini]*
Chief Clerk
Supreme Court of Pennsylvania

*[handwritten: Lento Law Group — 9 Ps suspended in two State in 5mths   Corruption]*

**VIRGINIA:**

### BEFORE THE VIRGINIA STATE BAR DISCIPLINARY BOARD

**IN THE MATTER OF
JOSEPH D. LENTO**

**VSB DOCKET NO.: 24-090-132162**

### MEMORANDUM ORDER OF REVOCATION

A panel of the Virginia State Bar Disciplinary Board (the "Board") heard this matter on May 16, 2025. The panel members included Alison G. M. Martin, Chair; Yvonne S. Gibney; Mary Beth Nash; Theodore Smith, Lay Member; and Reiss F. Wilks. At the outset of the hearing, the Chair inquired of each member of the panel whether any of them had any personal or financial interest that might affect or reasonably be perceived to affect their ability to be impartial in this matter. Each member, including the Chair, responded in the negative.

Edward J. Dillon, Deputy Bar Counsel, represented the Virginia State Bar ("Bar" or "VSB"). Dennis John Quinn and Anthony C. Gunst, IV, appearing *pro hac vice*, represented Respondent Joseph D. Lento ("Respondent"), who appeared by video conference.

Court Reporter Beverly S. Horne, Chandler & Halasz, P.O. Box 1975, Mechanicsville, Virginia 23116, (804) 730-1222, after being duly sworn by the Chair, reported this matter and transcribed the proceedings.

The Clerk of the Disciplinary System ("the Clerk") timely sent all legal notices of the date and place in the manner prescribed by the *Rules of the Supreme Court of Virginia*, Part Six, §IV, ¶¶13-12.C and 13-18.C.

This matter came before the Board on the Subcommittee Determination (Certification) of the Ninth District Subcommittee, dated February 7, 2025 (the "Certification"), in accordance with

 Gmail

Nicki Reid <ms.nickireid@gmail.com>

## (no subject)

**Nickesha V. Reid** <ms.nickireid@gmail.com>
To: info@tiktok.com, legal@tiktok.com

Wed, Mar 26, 2025 at 6:20 PM

I respectfully ask that the TIKTOK recognize that Eric Bradford Mays' heir has legally dismissed his legal counsel. whom I believe no longer works for the Lento Law firm. All of the Lento Law Group's attorneys were officially dismissed on March 26, 2025, and we are asking for a hearing to update the records and designate Ms. Nickesha V. Reid as the sole heir's designated POA and personal representative for the deceased estate. Please see the attached documents of the POA ,email sent to attorney and terminated letter. We would like to seize all revenue that was issued to the Lento Law Group on my behalf of Mr. Eric Mays aka Point or order until further notice . Should you have any questions or concerns please do not hesitate to contact me. Please note that the Probate court will be notified effective March 27, 2025.

Ms. Nicki Reid
Business: 904-370-3345
Cell: 310-614-5432
Fax:904-300-3846

---------- Forwarded message ---------
From: **Nickesha V. Reid** <ms.nickireid@gmail.com>
Date: Wed, Mar 26, 2025 at 3:56 PM
Subject: Fwd:
To: <jb@jblegalservice.com>
Cc: <chinke@lentolawgroup.com>, <info@abatelaw.com>, <jdlento@lentolawgroup.com>,
<sreina@lentolawgroup.com>, <lmuhammad@lentolawgroup.com>, <ksarmiento@lentolawgroup.com>,
<Awallenwein@lengtolawgroup.com>, <wreyes@lentolawgroup.com>, <nhijazi@lentolawgroup.com>

[Quoted text hidden]

**2 attachments**

📄 **RE_ Termination of Legal Services for the Estate of Councilman Eric Bradford Mays (2).pdf**
75K

📄 **Signed_Michigan Financial Power of Attorney Form (Official).pdf**
346K

*Complaint # AGC File #25 7406*

### State of Michigan

### Attorney Grievance Commission

755 W. Big Beaver Rd. - Suite 2100
Troy, MI 48084
www.agcmi.org

· Request for Investigation Form

<u>Instructions:</u>

A request for investigation of an attorney must describe the alleged misconduct (including time and place), be signed by the complainant, and be filed with the Grievance Administrator. Please fill out this entire form, specifically setting forth all the facts and circumstances of the alleged misconduct. You may attach copies of supporting documents to this form. Please provide an additional copy of this form and all attachments upon submission.

Only one attorney may be listed in this form. If you have a complaint against more than one attorney, you must file a separate form for each attorney.

(Please Type or Print):

<u>Attorney Information:</u>

Full Name and P Number: Lawrence A. Katz

Address (number and street): 1814 RT 70 STE 321

City: Cherry Hill    State: New Jersey Zip Code: 08003

Telephone: 856-652-2000

Email: LaKatz@lentolawgroup.com

<u>Complainant Information:</u>

Mr. ☒    Ms. ☒    Dr. ☐    Hon ☐    Ms. Nickesha V. Reid (POA)

Your Name: Mr. Eric Hakeem Deontaye Mays /

Address (number and street): 10658 Biscayne Blvd (Jacksonville)

City: Jacksonville    State: Florida    Zip Code: 32218

Telephone (Home): _____    (Cell): 310 614 5432 (Work): 904 370 3345

E-mail: ~~reid.elite~~ ms.nickireid@gmail.com

Date: 07/10/2025    Your Signature: Nickesha V. Reid

Relationship to attorney complained of:                                                                Lawyer

Client ☐  Opposing party ☐  Opposing counsel ☐  Judge ☐  Employer/Supervisor ☐  Other ☒

If other was checked, please specify:                    Date Attorney was hired/retained:
                                                          marny year
_____                           Unknown / of 2023

Type of Case Involved (eg: criminal, divorce, civil):

___Civil lawsuit_____

Case Number/Court where filed:

1) __United States District courts for the Eastern
   discat district of michigan Case# 23-12705__

Statement of alleged misconduct: (You must make a statement of facts. You may attach as many
additional pages as necessary to fully set forth all the relevant facts and circumstances surrounding
your request for investigation.)

2)

Clear Form

FILED BY POP NOT JOHN Fernandez He destroy Client Inventory

PCS Code: INV
TCS Code: INVF

| STATE OF MICHIGAN | INVENTORY | CASE NO. and JUDGE |
| PROBATE COURT | ☒ AMENDED | Jennie E. Barkey 2024-24225455-DE |
| GENESSE COUNTY | (DECEDENT ESTATE) | (810) 257-3528 |
| | | Court telephone no. |

Court address
900 S. Saginaw St.5th Floor Room 502Flint, MI 48502

In the matter of MAYS,ERIC,BRADFORD
First, middle, and last name of decedent

| Personal representative's name, address, and telephone no. | Personal representative's attorney, bar no., address, and telephone no. |
| Eric Hakeem Deontaye Mays | Nickesha V. Reid (POA) for Eric Hakeem Deontaye Mays and |
| 331 Abbie Street SE Grand Rapids, MI 49548 | the Deceased Estate MAYS,ERIC,BRADFORD |
| | 2447 Caney Oaks Drive East |
| | Jacksonville, Florida 32218USA |

I, Eric Hakeem Deontaye Mays                              , personal representative, submit the following as a
Name (type or print)

complete and accurate inventory of all the assets of the estate and the fair market valuations as of 02/24/2024
Date of death

PERSONAL PROPERTY AND REAL PROPERTY DESCRIPTION If property has been used to secure a loan (including an equity line of credit), show the nature and amount of the lien. Definitions and instructions for completing the inventory are on page 2 of this form. The values of all property are calculated as of the decedent's date of death. *For real property only, if the date of death is on or after March 28, 2013, the gross value of a parcel can be reduced by any lien amount on that parcel; however, the remaining inventory value of that parcel cannot be less than zero. For personal property, the gross value and inventory value are the same. (Attach separate sheet if necessary.)

| Description | Gross value | Lien amount | Inventory value (less lien)* |
|---|---|---|---|
| Legal description of real property<br>MAYS, ERIC<br>125 E RUSSELL AVE   Parcel: 46-25-183-035 | 30,000.00 | 0.00 | |
| Legal description of real property<br>2010 Chevrolet Impala | 5,000.00 | | |
| Description of personal property | Gross value | Lien amount | Inventory value |
| Description of personal property | Gross value | Lien amount | Inventory value |
| Description of personal property | Gross value | Lien amount | Inventory value |
| Description of personal property | Gross value | Lien amount | Inventory value |
| Description of personal property | Gross value | Lien amount | Inventory value |
| Totals | Total Gross Value | | Total Inventory Value |

I declare under the penalties of perjury that this inventory has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

03/27/025
Date

Eric Hakeem Deontaye mays
'POA For

ESQ. has been Terminated 03/26/2025 former John Fernandez
Attorney signature                              Signature

Approved, SCAO
Form PC 677, Rev. 9/20
MCL 700.3706, MCL 700.3707, MCR 5.307, MCR 5.310, MCR 5.409(B)
Page 1 of 2

# M Gmail

Reids & Saunders Enterprises <reidsaundersenterprises@gmail.com>

---

## Fwd: Fourth request for an attorney for the Lento Law Group to withdraw for Eric Mays Estate

1 messa

**Nicki Re** <ms.nickireid@gmail.com>                                        Tue, Apr 15, 2025 at 9:26 PM
To: Reids  nterprises <reidsaundersenterprises@gmail.com>

Regard
Ms. Nic Reid

Begin  arded message:

> om: Jewuel Boswell <jb@jblegalservice.com>
> te: April 5, 2025 at 2:13:06 PM EDT
> : "Nickesha V. Reid" <ms.nickireid@gmail.com>
> ibject: Re: Fourth request for an attorney for the Lento Law Group to withdraw for Eric Mays
> state

ood afternoon,

Please be advised that I am no longer employed or associated with Lento Law Group.

ɓ.'est,

Jewu.'l M. Boswell
Attorn ey at Law
248-574'-4938
jb@jbleg'alservice.com

---

From: Nickesha ιV. Reid <ms.nickireid@gmail.com>
Sent: Tuesday, April 1, 2025 4:21:16 PM
To: jdlento@lentolawgroup.com <jdlento@lentolawgroup.com>
Cc: Jewuel Boswell <jb@jblegalservice.com>; jgroff@lentolawgroup.com
<jgroff@lentolawgroup.com>; sreina@lentolawgroup.com <sreina@lentolawgroup.com>;
Sscheff@lentolawgroup.com <Sscheff@lentolawgroup.com>; jafernandezco1@aol.com
<jafernandezco1@aol.com>; Dbojazi@lentolawgroup.com <Dbojazi@lentolawgroup.com>;
jboswell@lentolawgroup.com <jboswell@lentolawgroup.com>; Lakatz@lentolawgroup.com
<Lakatz@lentolawgroup.com>; Kaadams@lentolawgroup.com
<Kaadams@lentolawgroup.com>; dswiggins@lentolawgroup.com
<dswiggins@lentolawgroup.com>; sgriffin@lentolawgroup.com <sgriffin@lentolawgroup.com>;
tmterrill@lentolawgroup.com <tmterrill@lentolawgroup.com>;
ABoyadzhyan@lentolawgroup.com <ABoyadzhyan@lentolawgroup.com>;
wipollock@lentolawgroup.com <wipollock@lentolawgroup.com>;
Kepalmarozzi@lentolawgroup.com <Kepalmarozzi@lentolawgroup.com>;
Amcabrera@lentolawgroup.com <Amcabrera@lentolawgroup.com>;
mgtavera@lentolawgroup.com <mgtavera@lentolawgroup.com>;
esanders@lentolawgroup.com <esanders@lentolawgroup.com>; Jafonte@lentolawgroup.com
<Jafonte@lentolawgroup.com>; CNwankwo@lentolawgroup.com

4/15/25, 9:30 PM                    Gmail - Fwd: Fourth request for an attorney for the Lento Law Group to withdraw for Eric Mays Estate

<CNwankwo@lentolawgroup.com>; ksarmiento@lentolawgroup.com
<ksarmiento@lentolawgroup.com>; nhijazi@lentolawgroup.com <nhijazi@lentolawgroup.com>;
marmband@lentolawgroup.com <marmband@lentolawgroup.com>;
Bangandi@lentolawgroup.com <Bangandi@lentolawgroup.com>;
aadames@lentolawgroup.com <aadames@lentolawgroup.com>; fletcher@loystlaw.com
<fletcher@loystlaw.com>; Hdesqmilhouse@yahoo.com <Hdesqmilhouse@yahoo.com>
**Subject:** Fourth request for an attorney for the Lento Law Group to withdraw for Eric Mays Estate

Attn: Lento Law group

Regarding the dismissal email issued on March 26, 2025, at 3:56 p.m., I have not received a response from
any member of the Lento Law Group. Please submit a motion to withdraw from your duties as counsel for
the probate case and case number 2024-0000120529-CZ against LAWRENCE E. MOON FUNERAL
HOME and the other defendants immediately on behalf of Eric B Mays and his estate, we expect this to be
done within 48 hrs.  As the POA I have the legal authority to execute this.

On March 24, 2025, I spoke with Paralegal John Groff, the advisor at the Lento Law Office in Flint,
Michigan, who warned me that the only way this would happen would be if I filed a lawsuit against the Lento
Law Group. He also said that the law group will not file a withdrawal in any circumstance. It's generally
preferable to comply with the procedure, concentrate on acquiring new clients, and adhere to the
termination letter immediately for the fourth time, unless the Lento Law Group believes that the withdrawal
is unethical or a violation of a former client rights that they no longer represent. Kindly express your
opinions regarding Mr. Groff's statement. Will every attorney agree to put this on the record?

Please remember me that it is often unethical for attorneys to withhold their clients' files, as this can result
in disciplinary action. If their representation is terminated, attorneys are required to return client files and
property. We shall have no option but to complain to the Michigan Attorney Grievance Commission and the
Michigan Attorney Discipline Board if you elect to not comply.

*I've been informed that you are the lawyer representing Mrs. Beverly Biggs-Leavy, the third-ward Leavy
candidate Flint, MI. You were notifying that you are not Eric Mays attorneys as a result, I DO NOT grant you
authority to use Eric B. Mays to further advance her campaign or to establish a business in his name
without the estate's consent. We demand for the Michigan-registered nonprofit organization "Eric B. Mays
Foundations" to be dissolved immediately. Mrs. Biggs is prohibited from doing so for any reason, and she
has harmed his reputation along with her capacity to collect donations as contributions from others.*

stating facts Importantly, The Lento Law Group attorney's failure to respond to Plaintiff's requests for
withdraw is not an isolated incident or the result of excusable neglect, but part of a pattern of failures
demonstrating their intention to abandon any defense of this action and should be denied of any future
claims.

Should you have any questions or concerns. Please don't hesitate to contact me via email or by
telephone: 310-614-5432.

The motion for an emergency hearing filed on the probate is included and another motion for a hearing will
be filed on case number case number 2024-0000120529-CZ.

Regards,
Nickesha Reid
(Representative for Eric B. Mays Estate appointed by Eric Hakeem Deontaye Mays

 Gmail

**Nicki Reid <ms.nickireid@gmail.com>**

## Fourth request for an attorney for the Lento Law Group to withdraw for Eric Mays Estate
21 messages

**Nickesha V. Reid <ms.nickireid@gmail.com>**                                                           1 April 2025 at 16:21
To: jdlento@lentolawgroup.com
Cc: jb@jblegalservice.com, jgroff@lentolawgroup.com, sreina@lentolawgroup.com, Sscheff@lentolawgroup.com, jafernandezco1@aol.com,
Dbojazi@lentolawgroup.com, jboswell@lentolawgroup.com, Lakatz@lentolawgroup.com, Kaadams@lentolawgroup.com, dswiggins@lentolawgroup.com,
sgriffin@lentolawgroup.com, tmterrill@lentolawgroup.com, ABoyadzhyan@lentolawgroup.com, wipollock@lentolawgroup.com,
Kepalmarozzi@lentolawgroup.com, Amcabrera@lentolawgroup.com, mgtavera@lentolawgroup.com, esanders@lentolawgroup.com,
Jafonte@lentolawgroup.com, CNwankwo@lentolawgroup.com, ksarmiento@lentolawgroup.com, nhijazi@lentolawgroup.com,
marmband@lentolawgroup.com, Bangandi@lentolawgroup.com, aadames@lentolawgroup.com, fletcher@loystlaw.com, Hdesqmilhouse@yahoo.com
Bcc: smahon@abc12.com

Attn: Lento Law group

Regarding the dismissal email issued on March 26, 2025, at 3:56 p.m., I have not received a response from any member of the Lento Law Group.
Please submit a motion to withdraw from your duties as counsel for the probate case and case number 2024-0000120529-CZ against LAWRENCE E.
MOON FUNERAL HOME and the other defendants immediately on behalf of Eric B Mays and his estate, we expect this to be done within 48 hrs.  As
the POA I have the legal authority to execute this.

On March 24, 2025, I spoke with Paralegal John Groff, the advisor at the Lento Law Office in Flint, Michigan, who warned me that the only way this
would happen would be if I filed a lawsuit against the Lento Law Group. He also said that the law group will not file a withdrawal in any circumstance.
It's generally preferable to comply with the procedure, concentrate on acquiring new clients, and adhere to the termination letter immediately for the
fourth time, unless the Lento Law Group believes that the withdrawal is unethical or a violation of a former client rights that they no longer represent.
Kindly express your opinions regarding Mr. Groff's statement. Will every attorney agree to put this on the record?

 Please remember me that it is often unethical for attorneys to withhold their clients' files, as this can result in disciplinary action. If their representation
is terminated, attorneys are required to return client files and property. We shall have no option but to complain to the Michigan Attorney Grievance
Commission and the Michigan Attorney Discipline Board if you elect to not comply.


 *I've been informed that you are the lawyer representing Mrs. Beverly Biggs-Leavy, the third-ward Leavy candidate Flint, MI. You were notifying that
you are not Eric Mays attorneys as a result, I DO NOT grant you authority to use Eric B. Mays to further advance her campaign or to establish a
business in his name without the estate's consent. We demand for the Michigan-registered nonprofit organization "Eric B. Mays Foundations" to be
dissolved immediately. Mrs. Biggs is prohibited from doing so for any reason, and she has harmed his reputation along with her capacity to collect
donations as contributions from others.*


stating facts Importantly, The Lento Law Group attorney's failure to respond to Plaintiff's requests for withdraw is not an isolated incident or the
result of excusable neglect, but part of a pattern of failures demonstrating their intention to abandon any defense of this action and should be denied
of any future claims.


Should you have any questions or concerns. Please don't hesitate to contact me via email or by telephone: 310-614-5432.

The motion for an emergency hearing filed on the probate is included and another motion for a hearing will be filed on case number case number 2024-
0000120529-CZ.


Regards,
Nickesha Reid
(Representative for Eric B. Mays Estate appointed by Eric Hakeem Deontaye Mays




I remain,
Nicki Reid
 Cell: 310-614-5432

## Case Details

Additional Resources ▼

Case ID
2024-24225455-DE

Court Location
Genesee County Probate Court - Flint

Case Entitlement
MAYS,ERIC,BRADFORD

Judge of Record
BARKEY,JENNIE E.,

Date Filed
03/22/2024

Case Status
OPEN

Closed Date

Balance

Parties (2)

Party Name
MAYS,ERIC,BRADFORD

Party Type/Number
DECEDENT - 1

Attorney Name
JOHN A. FERNANDEZ

Alternate Name(s)

Answer Date

Service Date

Disposition

Disposition Date

*— A NON-probate licenced attorney*

*John E. Groff used his electronic signature to file this in the Genese county probate coura -*

Party Name
MAYS,ERIC,HAKEEM DEONTAYE

Party Type/Number
INFORMAL PERSONAL REP INTESTATE - 1

Attorney Name
JOHN A. FERNANDEZ

Alternate Name(s)

Answer Date

**Service Date**

**Disposition**

**Disposition Date**

## Probate

Active

**Guardianship Review Type**

**Guardianship Review Date**

**Inventory Date**
06/02/2025

**Inventory Amount**
$603,000.00

**Qualification Document**
AOT

**Qualification Date**
03/22/2024

**Due Date**
03/22/2024

## Party Action(s)

| Category | Action | Action Date | Action Due Date |
|---|---|---|---|
| | DATE REINSTATEMENT GRANTED | 06/02/2025 | |
| | INVENTORY FILED | 06/02/2025 | |

## Hearings (1)

**Hearing Type**
NOTICE OF HEARING - NOTICE OF HEARING PETITION FOR REINSTATEMENT
AND MOTION FOR AN EMERGENCY HEARING ON THE REMOVAL OF COUNSEL

**Hearing Date**
04/22/2025 9:00 AM

**Hearing Officer**
BARKEY, JENNIE E.

**Hearing Location**
506

## Events (30)



**Event Date**
06/02/2025

**Description**
PETITION AND ORDER FOR REINSTATEMENT

**Party/Count**              **Event No./Clerk**
IPI1                         27

**Comment**
IPI DATE REINSTATEMENT GRANTED

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
INVENTORY FILED

**Party/Count**              **Event No./Clerk**
IPI1                         28

**Comment**
IPI INVENTORY FILED

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
INVENTORY SUBMITTED FOR CALCULATION

**Party/Count**              **Event No./Clerk**
IPI1                         29

**Comment**
IPI INVENTORY FEE CALCULATED

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
INVENTORY INVOICE

**Party/Count**                          **Event No./Clerk**
                                          30

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Event Date**
04/22/2025

**Description**
LOG OF ELECTRONIC RECORDING

**Party/Count**                          **Event No./Clerk**
                                          24

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
ORDER

**Party/Count**                          **Event No./Clerk**
                                          25

**Comment**
RELIEF REQUESTED IS DENIED

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

How did you first hear about or meet John Groff)?
- Who introduced you to him? Was it Tonya Burns or someone else?
- Did anyone encourage or pressure you to contact him?

I need know to demonstrate thay this law group sole intention was defraud him and defraud his father estate

Read 2:09 PM

Exhibit #
(3)

STATEMENT
Eric Hallean
Deontaye
mays

I met John Groff thru Tonya burns she brought him to come to Grand Rapids when the family said that my father wasn't my father so I knew I couldn't pay for a funeral so they offered to pay for it so kinda pressured because the way the family did me



**Lento Law Group, P.C.**
1814 RT 70 STE 321
Cherry Hill, NJ 08003
856-652-2000 Ext: 497 (T)
856-375-1010 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lakatz@lentolawgroup.com

April 7, 2025

Via: Certified ail R/R/R #9589071052701790943802 & Regular Mail
Nickesha Reid
2447 Caney Oaks Drive
East Jacksonville, Florida 32218

Subject: **Estate of Eric B. Mays – Documentation and Legal Authority Concerns**

Dear Ms. Reid:

Please be advised that we have received several requests from you directly concerning the Estate of Eric B. Mays. Upon review, these requests raise some concerns, particularly with regard to the legitimacy and legal sufficiency of the documents you have submitted.

The alleged Power of Attorney you provided is not notarized by a notary commissioned in the State of Michigan. As such, it does not meet the legal requirements necessary to be recognized as a valid and enforceable document under Michigan law. Furthermore, it is evident there may be a misunderstanding of the applicable probate procedures—specifically, that the proper process for changing an estate administrator requires a formal application to and approval by the probate court.

Until we receive the following, we are unable to release any files or information to any third party:

    1. A notarized Power of Attorney executed by Hakeem Mays and properly acknowledged by a Michigan notary;

    2. Verbal confirmation from Mr. Mays verifying the authenticity and authority of the Power of Attorney;

    3. Order from the Court authorizing you to be appointed as Personal Representative.

Additionally, we wish to note that we have made repeated attempts to contact Mr. Eric Mays over the past several months, all of which have gone unanswered.

Should you wish to pursue this matter further, we respectfully request that you provide a court

order or a properly executed and verified Power of Attorney, accompanied by confirmation from Mr. Mays directly.

Thank you for your attention to this matter

Very truly yours,

THE LENT LAW GROUP

BY: _____
      LAWRENCE A. KATZ

Lawrence A. Katz is NOT licenced The STATE of michigan nor on April 7/2005 Did he have a Licence attorney in the STATE of michigan esq miss. Boswell Resigned on april 4/2005. This Law group has a history off corruption and pratice unethic behavior.



**Lento Law Group, P.C.**
1814 RT 70 STE 321
Cherry Hill , NJ 08003
856-652-2000 Ext: 497 (T)
856-375-1010 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lakatz@lentolawgroup.com

Distinction. Devotion. Diligence.

April 7, 2025

Via: Certified ail R/R/R #9589071052701790943802 & Regular Mail
Nickesha Reid
2447 Caney Oaks Drive
East Jacksonville, Florida 32218

Subject: **Estate of Eric B. Mays – Documentation and Legal Authority Concerns**

Dear Ms. Reid:

Please be advised that we have received several requests from you directly concerning the Estate of Eric B. Mays. Upon review, these requests raise some concerns, particularly with regard to the legitimacy and legal sufficiency of the documents you have submitted.

The alleged Power of Attorney you provided is not notarized by a notary commissioned in the State of Michigan. As such, it does not meet the legal requirements necessary to be recognized as a valid and enforceable document under Michigan law. Furthermore, it is evident there may be a misunderstanding of the applicable probate procedures—specifically, that the proper process for changing an estate administrator requires a formal application to and approval by the probate court.

Until we receive the following, we are unable to release any files or information to any third party:

1. A notarized Power of Attorney executed by Hakeem Mays and properly acknowledged by a Michigan notary;

2. Verbal confirmation from Mr. Mays verifying the authenticity and authority of the Power of Attorney;

3. Order from the Court authorizing you to be appointed as Personal Representative.

Additionally, we wish to note that we have made repeated attempts to contact Mr. Eric Mays over the past several months, all of which have gone unanswered.

Should you wish to pursue this matter further, we respectfully request that you provide a court

Atlanta, GA • Birmingham, AL • Detroit, MI • El Paso, TX • Flint, MI
• Los Angeles, CA • Mount Laurel, NJ • New York, NY • Philadelphia, PA • Richmond, VA • San Juan, PR Scottsdale, AZ • Washington, DC • Puerto Plata, DR • Salt Lake City, UT

2024225455DE

# DURABLE FINANCIAL POWER OF ATTORNEY

I, Eric Hakeem Deontaye Mays of 331 Abbie St SE, Grand Rapids, Michigan, 49548 (hereinafter known as the "Principal"), **HEREBY DESIGNATE** Nickesha V. Reid of 2447 Caney Oaks Dr E, Jacksonville, Florida, 32218, (hereinafter known as the "Agent"), to act as the Attorney-in-Fact for the Principal's benefit, and shall exercise powers in the Principal's best interest and general welfare, as a fiduciary.

## APPOINTMENT OF ALTERNATE AGENT

There shall be no other individuals authorized to make financial decisions on the Principal's behalf.

## THE PRINCIPAL DELEGATES THE FOLLOWING POWERS TO THE AGENT

(The Principal must **Initial** in the preceding space to all the powers (**IN BOLD**) if either granted or negated)

*EM* **BANKING** - In regards to banking activities, the Principal authorizes the Agent to:

Continue, modify, and terminate an account or other banking arrangement made by or on behalf of the Principal;

Establish, modify, and terminate an account or other banking arrangement with a bank, trust company, savings and loan association, credit union, thrift company, brokerage firm, or other financial institution selected by the Agent;

Contract for services available from a financial institution, including renting a safe deposit box or space in a vault;

Withdraw, by check, order, electronic funds transfer, or otherwise, money or property of the Principal deposited with or left in the custody of a financial institution;

Receive statements of account, vouchers, notices, and similar documents from a financial institution and act with respect to them;

Enter a safe deposit box or vault and withdraw or add to the contents;

Borrow money and pledge as security personal property of the Principal necessary to borrow money or pay, renew, or extend the time of payment of a debt of the Principal or a debt guaranteed by the Principal;

Make, assign, draw, endorse, discount, guarantee, and negotiate promissory notes, checks, drafts, and other negotiable or nonnegotiable paper of the Principal or payable to the Principal or the Principal's order, transfer money, receive the cash or other proceeds of those transactions, and accept a draft drawn by a person upon the Principal and pay it when due;

FILED

APR 0 7 2025

GENESEE COUNTY
PROBATE COURT

Page 1

Receive for the Principal and act upon a sight draft, warehouse receipt, or other document of title whether tangible or electronic, or other negotiable or nonnegotiable instrument;

Apply for, receive, and use letters of credit, credit and debit cards, electronic transaction authorizations, and traveler's checks from a financial institution and give an indemnity or other agreement in connection with letters of credit; and

Consent to an extension of the time of payment with respect to commercial paper or a financial transaction with a financial institution.

*EM* **BUSINESS INTEREST** - In regards to business-related activities, the Principal authorizes the Agent to:

Operate, buy, sell, enlarge, reduce, or terminate an ownership interest;

Perform a duty or discharge a liability and exercise in person or by proxy a right, power, privilege, or option that the Principal has, may have, or claims to have;

Enforce the terms of an ownership agreement;

Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation to which the Principal is a party because of an ownership interest;

Exercise in person or by proxy, or enforce by litigation or otherwise, a right, power, privilege, or option the Principal has or claims to have as the holder of stocks and bonds;

Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation to which the Principal is a party concerning stocks and bonds;

With respect to an entity or business owned solely by the Principal:

> i. Continue, modify, renegotiate, extend, and terminate a contract made by or on behalf of the Principal with respect to the entity or business before execution of the power of attorney;
> ii. determine:
>> a. The location of its operation;
>> b. The nature and extent of its business;
>> c. The methods of manufacturing, selling, merchandising, financing, accounting, and advertising employed in its operation;
>> d. The amount and types of insurance carried; and
>> e. The mode of engaging, compensating, and dealing with its employees and accountants, attorneys, or other advisors;

Change the name or form of organization under which the entity or business is operated and enter into an ownership agreement with other persons to take over all or part of the operation of the entity or business; and

Demand and receive money due or claimed by the Principal or on the Principal's behalf in the operation of the entity or business and control and disburse the money in the operation of the entity or business;

Put additional capital into an entity or business in which the Principal has an interest;

Join in a plan of reorganization, consolidation, conversion, domestication, or merger of the entity or business;

Sell or liquidate all or part of an entity or business;

Establish the value of an entity or business under a buy-out agreement to which the Principal is a party;

Prepare, sign, file, and deliver reports, compilations of information, returns, or other papers with respect to an entity or business and make related payments; and

Pay, compromise, or contest taxes, assessments, fines, or penalties and perform any other act to protect the Principal from illegal or unnecessary taxation, assessments, fines, or penalties, with respect to an entity or business, including attempts to recover, in any manner permitted by law, money paid before or after the execution of the power of attorney.

*EM* **SAFE DEPOSIT BOX -** The Principal authorizes the Agent to have access, at anytime, to any safe-deposit box rented by the Principal or to which (s)he may have access, wheresoever located, including drilling, if necessary, and to remove all or any part of the contents thereof, and to surrender or relinquish said safe-deposit box; and any institution in which any such safe-deposit box may be located shall not incur any liability the Principal or their estate as a result of permitting the Agent to exercise this power.

*EM* **STOCKS AND BONDS -** In regards to stocks and bonds, the Principal authorizes the Agent to:

Buy, sell, and exchange stocks and bonds;

Establish, continue, modify, or terminate an account with respect to stocks and bonds;

Pledge stocks and bonds as security to borrow, pay, renew, or extend the time of payment of a debt of the Principal;

Receive certificates and other evidences of ownership with respect to stocks and bonds; and

Exercise voting rights with respect to stocks and bonds in person or by proxy, enter into voting trusts, and consent to limitations on the right to vote.

*EM* **COMMODITIES AND OPTIONS -** In regards to commodities and options, the Principal authorizes the Agent to buy, sell, exchange, assign, settle, and exercise commodity futures contracts and call or put options on stocks or stock indexes traded on a regulated option exchange; and establish, continue, modify, and terminate option accounts.

*EM*

_____ **CLAIMS AND LITIGATION -** In regards to claims and litigation, the Principal authorizes the Agent to:

Assert and maintain before a court or administrative agency a claim, claim for relief, cause of action, counterclaim, offset, recoupment, or defense, including an action to recover property or other thing of

value, recover damages sustained by the Principal, eliminate or modify tax liability, or seek an injunction, specific performance, or other relief;

Bring an action to determine adverse claims or intervene or otherwise participate in litigation;

Seek an attachment, garnishment, order of arrest, or other preliminary, provisional, or intermediate relief and use an available procedure to effect or satisfy a judgment, order, or decree;

Make or accept a tender, offer of judgment, or admission of facts, submit a controversy on an agreed statement of facts, consent to examination, and bind the Principal in litigation;

Submit to alternative dispute resolution, settle, and propose or accept a compromise;

Waive the issuance and service of process upon the Principal, accept service of process, appear for the Principal, designate persons upon which process directed to the Principal may be served, execute and file or deliver stipulations on the Principal's behalf, verify pleadings, seek appellate review, procure and give surety and indemnity bonds, contract and pay for the preparation and printing of records and briefs, receive, execute, and file or deliver a consent, waiver, release, confession of judgment, satisfaction of judgment, notice, agreement, or other instrument in connection with the prosecution, settlement, or defense of a claim or litigation;

Act for the Principal with respect to bankruptcy or insolvency, whether voluntary or involuntary, concerning the Principal or some other person, or with respect to a reorganization, receivership, or application for the appointment of a receiver or trustee which affects an interest of the Principal in property or other thing of value;

Pay a judgment, award, or order against the Principal or a settlement made in connection with a claim or litigation; and

Receive money or other thing of value paid in settlement of or as proceeds of a claim or litigation.

*EM* **LENDING & BORROWING** - In regards to loans, borrowing money, and promissory notes: the Principal authorizes the Agent to make loans in the Principal's name; to borrow money in the Principal's name, individually or jointly with others; to give promissory notes or other obligations therefor; and to deposit or mortgage as collateral or for security for the payment thereof any or all of the Principal's securities, real estate, personal property, or other property of whatever nature and wherever situated, held by the Principal personally or in trust for their benefit.

*EM* **GOVERNMENT BENEFITS** - In regards to Government benefits, the Principal authorizes the Agent to:

Execute vouchers in the name of the Principal for allowances and reimbursements payable by the United States or a foreign government or by a state or subdivision of a state to the Principal, including allowances and reimbursements for transportation of individuals considered relatives or family, and for shipment of their household effects;

Take possession and order the removal and shipment of property of the Principal from a post, warehouse, depot, dock, or other place of storage or safekeeping, either governmental or private, and

execute and deliver a release, voucher, receipt, bill of lading, shipping ticket, certificate, or other instrument for that purpose;

Enroll in, apply for, select, reject, change, amend, or discontinue, on the Principal's behalf, a benefit or program not limited but including Social Security, Medicare, Medicaid, and any Military Benefits;

Prepare, file, and maintain a claim of the Principal for a benefit or assistance, financial or otherwise, to which the Principal may be entitled under a statute or regulation;

Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation concerning any benefit or assistance the Principal may be entitled to receive under a statute or regulation; and

Receive the financial proceeds of a claim described in this section and conserve, invest, disburse, or use for a lawful purpose anything so received.

*EM* **RETIREMENT PLANS** - The Principal authorizes the Agent authority over retirement plans defined as:

A plan or account created by an employer, the Principal, or another individual to provide retirement benefits or deferred compensation of which the Principal is a participant, beneficiary, or owner, including a plan or account under the following sections of the Internal Revenue Code:

An individual retirement account under Internal Revenue Code Section 408, 26 U.S.C. Section 408, as amended;

A Roth individual retirement account under Internal Revenue Code Section 408A, 26 U.S.C. Section 408A, as amended;

A deemed individual retirement account under Internal Revenue Code Section 408(q), 26 U.S.C. Section 408(q), as amended;

An annuity or mutual fund custodial account under Internal Revenue Code Section 403(b), 26 U.S.C. Section 403(b), as amended;

A pension, profit-sharing, stock bonus, or other retirement plan qualified under Internal Revenue Code Section 401(a), 26 U.S.C. Section 401(a), as amended;

A plan under Internal Revenue Code Section 457(b), 26 U.S.C. Section 457(b), as amended; and

A non-qualified deferred compensation plan under Internal Revenue Code Section 409A, 26 U.S.C. Section 409A, as amended.

Unless the power of attorney otherwise provides, language in a power of attorney granting general authority with respect to retirement plans authorizes the Agent to:

    i. Select the form and timing of payments under a retirement plan and withdraw benefits from a plan;

ii. Make a rollover, including a direct trustee-to-trustee rollover, of benefits from one retirement plan to another;
iii. Establish a retirement plan in the Principal's name;
iv. Make contributions to a retirement plan;
v. Exercise investment powers available under a retirement plan; and borrow from, sell assets to, or purchase assets from a retirement plan.

*ЄM* **TAXES** - In regards to taxes, the Principal authorizes the Agent to:

Prepare, sign, and file federal, state, local, and foreign income, gift, payroll, property, Federal Insurance Contributions Act, and other tax returns, claims for refunds, requests for extension of time, petitions regarding tax matters, and any other tax-related documents, including receipts, offers, waivers, consents, including consents and agreements under Internal Revenue Code Section 2032A, 26 U.S.C. Section 2032A, as amended, closing agreements, and any power of attorney required by the Internal Revenue Service or other taxing authority with respect to a tax year upon which the statute of limitations has not run and the following 25 tax years;

Pay taxes due, collect refunds, post bonds, receive confidential information, and contest deficiencies determined by the Internal Revenue Service or other taxing authority;

Exercise any election available to the Principal under federal, state, local, or foreign tax law; and

Act for the Principal in all tax matters for all periods before the Internal Revenue Service, or other taxing authority.

*ЄM* **INSURANCE AND ANNUITIES** - In regards to insurance policies and annuities, the Principal authorizes the Agent to:

Continue, pay the premium or make a contribution on, modify, exchange, rescind, release, or terminate a contract procured by or on behalf of the Principal which insures or provides an annuity to either the Principal or another person, whether or not the Principal is a beneficiary under the contract;

Procure new, different, and additional contracts of insurance and annuities for the Principal and the Principal's spouse, children, and other dependents, and select the amount, type of insurance or annuity, and mode of payment;

Pay the premium or make a contribution on, modify, exchange, rescind, release, or terminate a contract of insurance or annuity procured by the Agent;

Apply for and receive a loan secured by a contract of insurance or annuity;

Surrender and receive the cash surrender value on a contract of insurance or annuity;

Exercise an election;

Exercise investment powers available under a contract of insurance or annuity;

Change the manner of paying premiums on a contract of insurance or annuity;

Change or convert the type of insurance or annuity with respect to which the Principal has or claims to have authority described in this section;

Apply for and procure a benefit or assistance under a statute or regulation to guarantee or pay premiums of a contract of insurance on the life of the Principal;

Collect, sell, assign, hypothecate, borrow against, or pledge the interest of the Principal in a contract of insurance or annuity;

Select the form and timing of the payment of proceeds from a contract of insurance or annuity; and

Pay, from proceeds or otherwise, compromise or contest, and apply for refunds in connection with, a tax or assessment levied by a taxing authority with respect to a contract of insurance or annuity or its proceeds or liability accruing by reason of the tax or assessment.

_EM_ **ESTATES, TRUSTS, AND OTHER BENEFICIAL INTERESTS** - In regards to the Principal's Estates, Trusts, and other Beneficial Interests, the Principal authorizes the Agent to have general authority with respect to estates, trusts, and other beneficial interests to:

Accept, receive, receipt for, sell, assign, pledge, or exchange a share in or payment from the fund;

Demand or obtain money or another thing of value to which the Principal is, may become, or claims to be, entitled by reason of the fund, by litigation or otherwise;

Exercise for the benefit of the Principal a presently exercisable general power of appointment held by the Principal;

Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation to ascertain the meaning, validity, or effect of a deed, will, declaration of trust, or other instrument or transaction affecting the interest of the Principal;

Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation to remove, substitute, or surcharge a fiduciary;

Conserve, invest, disburse, or use anything received for an authorized purpose;

Transfer an interest of the Principal in real property, stocks and bonds, accounts with financial institutions or securities intermediaries, insurance, annuities, and other property to the trustee of a revocable trust created by the Principal as settlor; and

Reject, renounce, disclaim, release, or consent to a reduction in or modification of a share in or payment from the fund.

_EM_ **REAL ESTATE** - In regards to real estate, The Principal authorizes the Agent to:

Demand, buy, lease, receive, accept as a gift or as security for an extension of credit, or otherwise acquire or reject an interest in real property or a right incident to real property;

Sell; exchange; convey with or without covenants, representations, or warranties; quitclaim; release; surrender; retain title for security; encumber; partition; consent to partitioning; subject to an easement or covenant; subdivide; apply for zoning or other governmental permits; plat or consent to platting; develop; grant an option concerning; lease; sublease; contribute to an entity in exchange for an interest in that entity; or otherwise grant or dispose of an interest in real property or a right incident to real property;

Pledge or mortgage an interest in real property or right incident to real property as security to borrow money or pay, renew, or extend the time of payment of a debt of the Principal or a debt guaranteed by the Principal;

Release, assign, satisfy, or enforce by litigation or otherwise a mortgage, deed of trust, conditional sale contract, encumbrance, lien, or other claim to real property which exists or is asserted;

> i. Manage or conserve an interest in real property or a right incident to real property owned or claimed to be owned by the Principal, including:
> ii. Insuring against liability or casualty or other loss;
> iii. Obtaining or regaining possession of or protecting the interest or right by litigation or otherwise;
> iv. Paying, assessing, compromising, or contesting taxes or assessments or applying for and receiving refunds in connection with them; and
> v. Purchasing supplies, hiring assistance or labor, and making repairs or alterations to the real property;

Use, develop, alter, replace, remove, erect, or install structures or other improvements upon real property in or incident to which the Principal has, or claims to have, an interest or right;

Participate in a reorganization with respect to real property or an entity that owns an interest in or right incident to real property and receive, and hold, and act with respect to stocks and bonds or other property received in a plan of reorganization, including:

> i. Selling or otherwise disposing of them;
> ii. Exercising or selling an option, right of conversion, or similar right with respect to them; and
> iii. exercising any voting rights in person or by proxy;
> iv. change the form of title of an interest in or right incident to real property; and

Dedicate to public use, with or without consideration, easements or other real property in which the Principal has, or claims to have, an interest.

_EM_ **PERSONAL PROPERTY -** In regards to personal property, the Principal authorizes the Agent to:
Demand, buy, receive, accept as a gift or as security for an extension of credit, or otherwise acquire or reject ownership or possession of tangible personal property or an interest in tangible personal property;

Sell; exchange; convey with or without covenants, representations, or warranties; quitclaim; release; surrender; create a security interest in; grant options concerning; lease; sublease; or, otherwise dispose of tangible personal property or an interest in tangible personal property;

Grant a security interest in tangible personal property or an interest in tangible personal property as security to borrow money or pay, renew, or extend the time of payment of a debt of the Principal or a debt guaranteed by the Principal;

Release, assign, satisfy, or enforce by litigation or otherwise, a security interest, lien, or other claim on behalf of the Principal, with respect to tangible personal property or an interest in tangible personal property;

Manage or conserve tangible personal property or an interest in tangible personal property on behalf of the Principal, including:

> i. Insuring against liability or casualty or other loss;
> ii. Obtaining or regaining possession of or protecting the property or interest, by litigation or otherwise;
> iii. Paying, assessing, compromising, or contesting taxes or assessments or applying for and receiving refunds in connection with taxes or assessments;
> iv. Moving the property from place to place;
> v. Storing the property for hire or on a gratuitous bailment; and
> vi. Using and making repairs, alterations, or improvements to the property; and

Change the form of title of an interest in tangible personal property.

_EM_ **PERSONAL & FAMILY MAINTENANCE** - In regards to personal and family maintenance, the Principal authorizes the Agent to:
I. Perform the acts necessary to maintain the customary standard of living of the Principal, the Principal's spouse, and the following individuals, whether living when the power of attorney is executed or later born:

> i. The Principal's children;
> ii. Other individuals legally entitled to be supported by the Principal; and
> iii. The individuals whom the Principal has customarily supported or indicated the intent to support;

II. Make periodic payments of child support and other family maintenance required by a court or governmental agency or an agreement to which the Principal is a party;

III. Provide living quarters for the individuals described in section I by:

> i. Purchase, lease, or other contract; or
> ii. Paying the operating costs, including interest, amortization payments, repairs, improvements, and taxes, for premises owned by the Principal or occupied by those individuals;

IV. Provide normal domestic help, usual vacations and travel expenses, and funds for shelter, clothing, food, appropriate education, including postsecondary and vocational education, and other current living costs for the individuals described in section I;

V. Pay expenses for necessary health care and custodial care on behalf of the individuals described in section I;

VI. Act as the Principal's personal representative pursuant to the Health Insurance Portability and Accountability Act, Sections 1171 through 1179 of the Social Security Act, 42 U.S.C. Section 1320d, as amended, and applicable regulations, in making decisions related to the past, present, or future payment for the provision of health care consented to by the Principal or anyone authorized under the law of this state to consent to health care on behalf of the Principal;

VII. Continue any provision made by the Principal for automobiles or other means of transportation, including registering, licensing, insuring, and replacing them, for the individuals described in section I;

VIII. maintain credit and debit accounts for the convenience of the individuals described in section I and open new accounts; and

IX. Continue payments incidental to the membership or affiliation of the Principal in a religious institution, club, society, order, or other organization or to continue contributions to those organizations.

X. Authority with respect to personal and family maintenance is neither dependent upon, nor limited by, authority that an Agent may or may not have with respect to GIFTS.

*EM* **GIFTS** - The Principal authorizes the Agent to make gifts described as:

A gift "for the benefit of" a person includes a gift to a trust, an account under the Uniform Transfers to Minors Act, and a tuition savings account or prepaid tuition plan as defined under Internal Revenue Code Section 529, 26 U.S.C. Section 529, as amended.

Unless the power of attorney otherwise expressly provides, language in a power of attorney granting general authority with respect to gifts authorizes the Agent only to:

> i. Make outright to, or for the benefit of, a person including the Agent, a gift of any of the Principal's property, including by the exercise of a presently exercisable general power of appointment held by the Principal, in an amount per donee not to exceed the annual dollar limits of the federal gift tax exclusion under Internal Revenue Code Section 2503(b), 26 U.S.C. Section 2503(b), as amended, without regard to whether the federal gift tax exclusion applies to the gift, or if the Principal's spouse agrees to consent to a split gift pursuant to Internal Revenue Code Section 2513, 26 U.S.C. 2513, as amended, in an amount per donee not to exceed twice the annual federal gift tax exclusion limit; and
> ii. Consent, pursuant to Internal Revenue Code Section 2513, 26 U.S.C. Section 2513, as amended, to the splitting of a gift made by the Principal's spouse in an amount per donee not to exceed the aggregate annual gift tax exclusions for both spouses.

An Agent may make a gift of the Principal's property only as the Agent determines is consistent with the Principal's objectives if actually known by the Agent and, if unknown, as the Agent determines is consistent with the Principal's best interest based on all relevant factors, including:

> i. The value and nature of the Principal's property;
> ii. The Principal's foreseeable obligations and need for maintenance;
> iii. Minimization of taxes, including income, estate, inheritance, generation-skipping transfer, and gift taxes;
> iv. Eligibility for a benefit, a program, or assistance under a statute or regulation; and

v. The Principal's personal history of making or joining in making gifts.

*EM* **SPECIAL INSTRUCTIONS** - In addition to the above-stated powers, the Principal authorizes the Agent to the following special instructions:  I, Eric Hakeem Deontaye Mays, hereby grant Nickesha V Reid the power to act as me pro sec litigant in all matters pertaining to my late father. Eric Bradford Mays estate, including my living will, my late father Eric B Mays probate case in Genesse, County Case # 2024-24225455-DE, me as an individual, all my inheritance, any legal dispute(s), hiring and terminating any former attorney specifically the Lento Law group and all its associates and terminating any verbal contracts pertaining to me and my father's Eric B. Mays estate if she deems it necessary. I also give no one, not even my legal wife or heirs, the authority to contest her. Ms. Nickesha V Reid is the only trustee of my estate and will distribute it to my three children in the event of my death or any illness. I am fully conscious, have not rendered incapable. and have signed these agreements voluntarily.

## EFFECTIVE DATE

This power of attorney shall begin:

**(Initial)**

*EM* Immediately upon the execution of this document. These powers shall not be affected by any subsequent disability or incapacity the Principal may experience in the future.

## AUTHORITY OF AGENT

Any party dealing with the Agent hereunder may rely absolutely on the authority granted herein and need not look to the application of any proceeds nor the authority of the Agent as to any action taken hereunder. In this regard, no person who may in good faith act in reliance upon the representations of the Agent or the authority granted hereunder shall incur any liability to the Principal or their estate as a result of such act. The Principal hereby ratify and confirm whatever the Agent shall lawfully do under this instrument. The Agent is authorized as he or she deems necessary to bring an action in court so that this instrument shall be given the full power and effect that the Principal intends on by executing it.

## LIABILITY OF AGENT

The Agent shall not incur any liability to the Principal under this power except for a breach of fiduciary duty.

## REIMBURSEMENT AND COMPENSATION

The Agent is entitled to reimbursement for reasonable expenses incurred in exercising the powers hereunder. In addition, the Agent shall be entitled to reasonable compensation for their duties as Agent.

## AMENDMENT AND REVOCATION

The Principal can amend or revoke this power of attorney at any time, if the Principal is not incapacitated, by a document delivered to the Agent. Any amendment or revocation is ineffective as to a third party until such third party has notice of such revocation or amendment.

This power of attorney hereby revokes any and all financial powers of attorney the Principal may have executed in the past.

**STATE LAW**

This power of attorney is governed by the laws of the State of Michigan. Unless the Principal specifically limits the period of time that this power of attorney will be in effect, the Agent may exercise the powers given to him or her after (s)he becomes incapacitated. A court, however, can take away the powers of the Agent if it finds that the Agent is not acting properly. The Principal may also revoke this power of attorney at their desire. This power of attorney does not authorize the Agent to appear in court for the Principal as an attorney-at-law or otherwise to engage in the practice of law unless he or she is a licensed attorney who is authorized to practice law in Michigan.

**PHOTOCOPIES**

Photocopies of this document can be relied upon as though they were originals.

## ACKNOWLEDGMENT OF RESPONSIBILITIES BY ATTORNEY-IN-FACT

I, Nickesha V. Reid, have been appointed as attorney-in-fact for Eric Hakeem Deontaye Mays, the Principal, under a Durable Power of Attorney dated _____03/26/2025_____. By signing this document, I acknowledge that if and when I act as attorney-in-fact, all of the following apply:

a. Except as provided in the Durable Power of Attorney, I must act in accordance with the standards of care applicable to fiduciaries acting under Durable Powers of Attorney;

b. I must take reasonable steps to follow the instructions of the Principal;

c. Upon request of the Principal, I must keep the Principal informed of my actions. I must provide an accounting to the Principal upon request of the Principal, to a Guardian or Conservator appointed on behalf of the Principal upon the request of that Guardian or Conservator, or pursuant to Judicial Order;

d. I cannot make a gift from the Principal's property unless provided for in the Durable Power of Attorney;

e. Unless provided in the Durable Power of Attorney or by court order, I, while acting as attorney-in-fact, shall not create an account or other asset in joint tenancy between the Principal and me;

f. I must maintain records of my transactions as attorney-in-fact, including receipts, disbursements, and investments;

g. I may be liable for damage or loss to the Principal, and may be subject to any other available remedy, for breach of fiduciary duty owed by an attorney-in-fact to a Principal for any action I take that is not provided for in the Durable Power of Attorney; and

h. I may be subject to civil or criminal penalties if I violate my duties to the Principal.

Signature _Nickesha Reid_ Date _____03/26/2025_____
Nickesha V. Reid, Attorney-in-Fact

**SIGNATURE PAGE**

IN WITNESS WHEREOF, I executed this power of attorney on _____ March 26 _____, 20 _25_ in the presence of two (2) witnesses and a notary public.

Principal's Signature _____
Eric Hakeem Deontaye Mays

**FIRST WITNESS**

Signature: ___ Christopher Koonce _____

Print Name: __ Christopher Koonce _____ Date: 03/26/2025

Address: _ 585 Blake Avenue Apt# 5B Brooklyn, New York 11207 _

**SECOND WITNESS**

Signature: _____

Print Name: __ Pierre Dixon _____ Date: 03/26/2025

Address: _ 1704 Loyola Drive Jacksonville, Florida 32218 _

STATE OF ___ Arizona _____

_____ Maricopa _____ County, ss.

On this _26_ day of _____ March _____, 20 _25_, before me appeared Eric Hakeem Deontaye Mays, as Principal of this Power of Attorney who proved to me through government issued photo identification to be the above-named person, in my presence executed this foregoing instrument and acknowledged that (s)he executed the same as his/her own free act and informed act.

_Caryn Zallnick_, Notary Public

Acting in _____ Maricopa _____ County

Notarized online using audio-video communication

Caryn Zallnick
Electronic Notary Public
State of Arizona
Commission #: 650489
Commission Expires: 04/17/2027

My commission expires: _04/17/2027_

Page 14

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF GENESEE | **NOTICE OF HEARING** | <br>**2024225455DE** |
| --- | --- | --- |

*In re* Eric B. Mays

**TAKE NOTCE:** a hearing will be held on <u>April 22, 2025</u> at <u>9:00 am</u> at 900 S. Saginaw Street, Flint Michigan before Judge **Jennie E. Barkey** for the following reason:

Petition for Reinstatement and Motion for an Emergency Hearing on the Removal of Counsel

If you require special accommodations to use the court because of a disability, or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Do not write below this line – For court use only

FILED
APR 0 7 2025
GENESEE COUNTY
PROBATE COURT

# COMPLAINT

Nickesha Reid
2447 Caney Oaks Drive e
Jacksonville, Florida
32218

 Good Morning,

You can call me Nickesha Reid. I am speaking in honour of Eric Hakeem
Deoataye Mays, a Flint, Michigan resident and the late Councilman Eric B.
Mays' heir. On March 27, 2025, Hakeem Mays appointed me as his power of
attorney. I terminated his pro bono lawyer, Lento Law Group, who then engaged
Michigan-licensed lawyer Joseph Fernandez to handle three of Hakeem Mays's
cases.

## Count I

They were unwilling to file a motion to withdraw from the cases despite my
emails and letters. Mr. Hernandez did reach out to Mr. Mays; however, he has
neglected to file a motion of withdrawal, which has caused me, as POA, to file
an emergency hearing to have the attorney removed, which is scheduled for
April 22, 2025, in Probate Court in Genesee County. I can vouch for the fact
that the practices of this law firm, which holds a foreign certification from New
Jersey, have a history of breaking the law. Please see the attached suspended
attorney, Joseph Lento.

### *Attached #A/B*

John Groff, the nationwide manager of the Lento Law Group, has a long history
of deception, and I found out that he has registered the company "The Point of
Order" in the State of Wyoming. However, he uses another employee of the
Lento Law Group, Williams Reyes, as the owner, and his email address is on
file. I consider this to be a violation. Even though Eric Hakeem Mays signed a
pro bono at no charge bill, the Lento legal permitted the across-the-nation legal
manager, John Groff, to mistreat him and threaten to charge him with a bill if he
doesn't answer his phone. Eric Hakeem Mays was billed $6000 in October

2024. These are the kinds of extortion that this legal group allows its staff to engage in with their clients. On April 9, 2025, John Groff himself appeared on a podcast called 810 Media Group and had a thorough interview with the deceased former customer and his heir, which is a Facebook post made by another employee, Julius, who is employed, claiming that their previous deceased client was broke. a breach of the Information Confidentiality Rule 1.6.

### Attach #C

The Lento Law Group has failed to inform the State of Michigan Secretary; they still mislead the public and utilize John Fernandez in their activities despite the fact that he is not one of their employees. John Fernandez has been away from this law practice for over six months. The last known lawyer, Jewels Boswell, left this law practice because of their unethical behavior. This law firm has been promoting the recently departed councilman's name and image on Instagram, TikTok, and all other social media platforms because he was their client without permission. Which is a violation of:

**Rule 1.8: *Client-Lawyer Relationship. Client-Lawyer Relationship***
(a) A lawyer shall not enter into a business transaction with a client or knowingly acquire an ownership, possessory, security, or other pecuniary interest adverse to a client unless:

(1) the transaction and terms on which the lawyer acquires the interest are fair and reasonable to the client and are fully disclosed and transmitted in writing in a manner that can be reasonably understood by the client;

*According to State of Michigan Secretary of State records, the managing partner's most recent renewal was in 2023, and illegally, Mr. Joseph Lento does not have the authority to operate in the State of Michigan as a bona ni fi business.*

*"PRESIDENT Name JOHN A FERNANDEZ TREASURER JOHN A FERNANDEZ SECRETARY JOHN A FERNANDEZ DIRECTOR Name Zip Code: 48085 Zip Code: 48085 Form Revision Date 07/2016 4. Provide the name(s) and address(es) of the corporations board of directors and its president, treasurer, and secretary: Residence or Business Address 5844 LIMESTONE DRIVE, TROY, MI 48085 USA 5844 LIMESTONE DRIVE, TROY, MI 48085 USA 5844 LIMESTONE DRIVE, TROY, MI 48085 USA JOHN A FERNANDEZ 5844 LIMESTONE DRIVE, TROY, MI 48085 USA"*


### Attached #D

*No operating agreement was ever created between Eric   Mays and the Law group employee to my knowledge, and every lawyer at the firm has either departed or been dismissed. Yet still, many of the employees have opened businesses on his behalf.  Additionally, this company has been operating at the ferry wheel building for the past three years despite having no foreign qualifications in the state of Michigan to do so for the " The Point Of Order" Store. For example,:*

*This tactic was employed by the legal firm when they created "The Eric B. Mays Foundation," a charitable organization, under Candidate Beverly Biggs's name before transferring it to Wynthis Hall.  Beverly Bigg-Leavy is also another employee at the Lento Law Group.  This non-profit has not established an IRS number and is collecting funds unlawfully.  In 2012,  Genesee County Prosecutor David Leyton said 54-year-old Beverly Biggs-Leavy,  from Flint, Mi, was charged with food service fraud over $1,000.*
*The CFO for the Lento Law group was the person David Haislip would sign off on the transfer on April 7, 2025. A foundation in their client's name.  John Groff is a man who wants to buy council members and corrupt the city of Flint and the great State of Michigan Attorneys. I want to uphold Eric B. Mays' legacy even though I know I might not be able to stop  Joseph Lento, John Groff, and his other employees from abusing their power. I hope you can assist me.*


*The Lento Law Group's employees, in my opinion, structured the firm like a mob to conceal the corruption. They were all hired as 1099 employees and attorneys in the State of Michigan, and when an attorney does not violate ethical*

*standards, they are fired right away and, in certain situations, do not receive compensation.*

Their client frequently observes this behavior.  The client, Eric Hakeem, witnessed staff member John Groff angrily abuse numerous attorneys (Joe), calling him unintelligent and worthless. In the State of Michigan, the Lento Law Group repeatedly lacked ethical judgment and showed no genuine concern for the interests of those they represented or the lawyers they hired.

The plaintiff, Mr. Mays, suffered damage as a result of this false representation because he was not permitted to exercise his right as his father's next-of-kin to handle his estate and was unaware that the law group employees had registered companies in his father's name without his knowledge or consent.

It's important to keep in mind that the elements of fraud in the State of Michigan, as mentioned above, require that the plaintiff be the one who was defrauded. This means that the plaintiff has to have been the one who received the false representation from the defendants, acted in reliance on it, and suffered damages as a result. Eric Hakeem Mays, the plaintiff, provided the attorney with the inventory so that the probate case could move forward but the probate case was suspended for a month for dereliction of duty as they did not submit the inventory.

Additionally, the workers of the Lento Law Group refused to publicly state that they had not been terminated and told the media that the POA was illegal after it was performed by a notary, their former clients, to publicly degrade me (POA) and Mr. Mays which is not true they have no integrity
. These legally binding documents have been submitted and certified by Sam Olson, the Court Administrator/Register of the Genesee County Probate Court. John Groff told me that even though the Lento Law Group has been officially informed that they have been fired, they will attempt to continue working on the case.

Their client frequently observes this behavior.  The client, Eric Hakeem May,s witnessed staff member, John Groff, angrily abused numerous attorneys (Joe), calling him unintelligent and worthless. In the State of Michigan, the Lento Law

Group repeatedly lacked ethical judgment and showed no genuine concern for the interests of those they represented or the lawyers they hired.

The plaintiff, Mr. Mays, suffered damage as a result of this false representation because he was not permitted to exercise his right as his father's next-of-kin to handle his estate and was unaware that the law group employees had registered companies in his father's name without his knowledge or consent.

It's important to keep in mind that the elements of fraud in the State of Michigan, as mentioned above, require that the plaintiff be the one who was defrauded. This means that the plaintiff has to have been the one who received the false representation from the defendants, acted in reliance on it, and suffered damages as a result. Eric Hakeem Mays, the plaintiff, provided the attorney with the inventory so that the probate case could move forward but the probate case was suspended for a month for dereliction of duty as they did not submit the inventory.

Additionally, the workers of the Lento Law Group refused to publicly state that they had been terminated and told the media that the POA was illegal after it was performed by a notary, their former clients, to publicly degrade me (POA) and Mr. Mays son heir which is not true they have no integrity and they are still not wanting to remove them self of the case. Due to their refusal to provide the successor with access to financial information about the deceased's paperwork, the Lento Law Group files a lawsuit against me when I, the POA, voice my opinions. They have also stolen the deceased's information and have been maintaining is accounts without permission, and John Groff refused to turn the documents and phone over to the heir. There is a pattern of threatening clients as a result of unethical acts in numerous states. I hereby request that their Michigan firm be shut down and that a warning be sent to all attorneys in this nation. Victims ought to make efforts to preserve their rights and be mindful of the potential consequences of lawyer agreement theft. Since the primary objective of this law firm's practice was to swindle their client and mislead his estate, we reserve the right to reclaim Eric Hakeem Mays's father's business. Therefore, I am asking that the attorney general for prosecutions have a copy of this.

Unethical conduct toward the client;

        • Failure to disclose direct conflicts of interest;
According to the State of Michigan LARA, Beverly
Biggs-Leavy, a former employee of the Lento Law
Group and the finance director of the Lento Law
Group, where Mr. Hernandez previously worked,
filed a nonprofit in my father's name after his death
in July 2024. On the day I filed a motion to
reinstate, they filed it from the name of their other
client to the name of another client, Wnthis Hall
from the 810 Media Group name . A grievance
complaint was submitted to the
Michigan Bar.

• Continuing representation while conflict is known;
• Failure to manage employees and meet court-imposed
    deadlines;
    • Public verbal assault of clients;
    • Ongoing litigation filed by the same attorney
    against the Principal, creating a direct adversarial
    conflict.

2. **Request removal of said counsel** from all current legal
        proceedings and filings involving the Principal and
        appointed a new attorney that is a friend of the court
        to oversee this estate.

**Noteworthy:**

In these legal proceedings, I am additionally asking for a
stay at my father's property because:

• Private communications between [Mr. Mays] and Robert F.
Kennedy Jr., 26th Secretary at HHS, and other government
diplomats are stored on devices that are now accessible to
individuals without security clearance with c; and

• Sensitive and possibly classified information is at issue;

• These items are in a non-secure location, posing serious risks to
confidentiality and potential legal violations under federal and
state law. This motion is supported by the same court powers

granted to me, and the urgent need to secure privileged data and protect the deceased constitutional and legal rights.

This New Jersey-based law group employs a foreign-qualified lawyer from Michigan State. The lawyer on file, Mr. Joseph Fernandez, is no longer employed by your firm, and the lawyer, Ms. Jewel Boswell, has notified me that she no longer works for them as well. In the state of Michigan, none of their clients are represented by a Michigan foreign-qualified lawyer. Please be advised, Honourable Judge Barkey, that Joseph D. Lento (208824), the founder and managing attorney of the Lento Law Group who hired & terminated Michigan attorney Mr. Fernandez's , was recently suspended for five years in the State of Pennsylvania for ethical violation and predatory towards clients. I don't want to be associated with attorneys who mistreat their clients and are convicted of doing so, especially since this is the second suspension in the past ten years. Furthermore, the candidate Mrs. Beverly Biggs-Leavy, a client of the law firm and a convicted felon of fraud in the state of Michigan, registered the company "Eric B Mays Foundations" charity in my father's name without my knowledge or consent. Their CFO, David H., also changed the Beverly biggs-leavy name on file on the same day that my POA, Nickesha Reid, filed a motion to dismiss them, and their manager, John E. Groff, has a lengthy history of fraud convictions. They're acting unethically. I wish to safeguard my father's assets. Wherefore, I Eric H. D. Mays is **requesting a hearing so the Honorable Judge can order an reinstatement and  removal of said counsel** from all current legal proceedings and filings involving the Principal and appointed a " new attorney" as the Personal Representative  that is a friend of the court to oversee this estate.

Since they attempted to trademark his father's name for likes, the Lento Law Group has been collecting money on behalf of the client, has not handed Eric Hakeem Deoantaye a dime, and has threatened to sue him. We are asking for the permanent ban of this legal group. In 2025, Joe received five-year suspensions in Virginia and Pennsylvania.

Although Joseph is listed as the proprietor, John E. Groff and David H., the CFO, actually own this business. In Wyoming, a large portion of their business is closely connected.Eric Hakeem Mays should be recommended to be charged under RICO for his embezzlement and money laundering. They renamed their previous legal practice, the Optimum, to Lento

Law Group. Democracy is at peril from Joseph. The predatory the late activist and politician Eric MAys this was stated in a news article and they were suspended for the same behavior.

Regards,

Nickesha Reid
Tel: 310-614-5432

# Current Clients: Specific Rules

*Client-Lawyer Relationship*

(a)  A lawyer shall not enter into a business transaction with a client or knowingly acquire an ownership, possessory, security or other pecuniary interest adverse to a client unless:

> (1)  the transaction and terms on which the lawyer acquires the interest are fair and reasonable to the client and are fully disclosed and transmitted in writing in a manner that can be reasonably understood by the client;

> (2)  the client is advised in writing of the desirability of seeking and is given a reasonable opportunity to seek the advice of independent legal counsel on the transaction; and

> (3)  the client gives informed consent, in a writing signed by the client, to the essential terms of the transaction and the lawyer's role in the transaction, including whether the lawyer is representing the client in the transaction.

(b)  A lawyer shall not use information relating to representation of a client to the disadvantage of the client unless the client gives informed consent, except as permitted or required by these Rules.

(c)  A lawyer shall not solicit any substantial gift from a client, including a testamentary gift, or prepare on behalf of a client an instrument giving the lawyer or a person related to the lawyer any substantial gift unless the lawyer or other recipient of the gift is related to the client. For purposes of this paragraph, related persons include a spouse, child, grandchild, parent, grandparent or other relative or individual with whom the lawyer or the client maintains a close, familial relationship.

(d)  Prior to the conclusion of representation of a client, a lawyer shall not make or negotiate an agreement giving the lawyer literary or media rights to a portrayal or account based in substantial part on information relating to the representation.

(e)  A lawyer shall not provide financial assistance to a client in connection with pending or contemplated litigation, except that:

   (1)  a lawyer may advance court costs and expenses of litigation, the repayment of which may be contingent on the outcome of the matter;

   (2)  a lawyer representing an indigent client may pay court costs and expenses of litigation on behalf of the client; and

   (3)  a lawyer representing an indigent client pro bono, a lawyer representing an indigent client pro bono through a nonprofit legal services or public interest organization and a lawyer representing an indigent client pro bono through a law school clinical or pro bono program may provide modest gifts to the client for food, rent, transportation, medicine and other basic living expenses. The lawyer:

      (i)  may not promise, assure or imply the availability of such gifts prior to retention or as an inducement to continue the client-lawyer relationship after retention;

      (ii)  may not seek or accept reimbursement from the client, a relative of the client or anyone affiliated with the client; and

      (iii)  may not publicize or advertise a willingness to provide such gifts to prospective clients.

Financial assistance under this Rule may be provided even if the representation is eligible for fees under a fee-shifting statute.

(f) A lawyer shall not accept compensation for representing a client from one other than the client unless:

   (1) the client gives informed consent;

   (2) there is no interference with the lawyer's independence of professional judgment or with the client-lawyer relationship; and

   (3) information relating to representation of a client is protected as required by Rule 1.6.

(g) A lawyer who represents two or more clients shall not participate in making an aggregate settlement of the claims of or against the clients, or in a criminal case an aggregated agreement as to guilty or nolo contendere pleas, unless each client gives informed consent, in a writing signed by the client. The lawyer's disclosure shall include the existence and nature of all the claims or pleas involved and of the participation of each person in the settlement.

(h) A lawyer shall not:

   (1) make an agreement prospectively limiting the lawyer's liability to a client for malpractice unless the client is independently represented in making the agreement; or

*The Lento Law Group's employees, in my opinion, structured the firm like a mob to conceal the corruption. They were all hired as 1099 employees and attorneys in the State of Michigan, and when an attorney does not violate ethical standards, they are fired right away and, in certain situations, do not receive compensation.*

Their client frequently observes this behavior.  The client, Eric Hakeem, witnessed staff member John Groff angrily abuse numerous attorneys (Joe), calling him unintelligent and worthless. In the State of Michigan, the Lento Law Group repeatedly lacked ethical judgment and showed no genuine concern for the interests of those he represented or the lawyers they hired.

The plaintiff, Mr. May, suffered damage as a result of this false representation because he was not permitted to exercise his right as his father's next-of-kin to handle his estate and was unaware that the law group employees had registered companies in his father's name without his knowledge or consent.

It's important to keep in mind that the elements of fraud in the State of Michigan, as mentioned above, require that the plaintiff be the one who was defrauded. This means that the plaintiff has to have been the one who received the false representation from the defendants, acted in reliance on it, and suffered damages as a result. Eric Hakeem Mays, the plaintiff, provided the attorney with the inventory so that the probate case could move forward but the probate case was suspended for a month for dereliction of duty as they did not submit the inventory.

Additionally, the workers of the Lento Law Group refused to publicly state that they had not been terminated and told the media that the POA was illegal after it was performed by a notary, their former clients, to publicly degrade me (POA) and Mr. Mays, which is not true they have no integrity. These legally binding documents have been submitted and certified by Sam Olson, the Court Administrator/Register of the Genesee County Probate Court. John Groff told me that even though the Lento Law Group has been officially informed that they have been fired, they will attempt to continue working on the case, my love.

Due to their refusal to provide the successor with access to financial information about the deceased's paperwork, the Lento Law Group files a lawsuit against me when I, the POA, voice my opinions. There is a pattern of threatening clients as a result of unethical acts in numerous states. I hereby request that their Michigan firm be shut down and that a warning be sent to all attorneys in this nation. Victims ought to make efforts to preserve their rights and be mindful of the potential consequences of lawyer agreement theft. Since the primary objective of this law firm's practice was to swindle their client and mislead his estate, we reserve the right to reclaim Eric Hakeem Mays's father's business. Therefore, I am asking that the attorney general for prosecutions have a copy of this.

Facts:
 Jewel Boswells, Self-terminated from this Law April 5, 2025, after finding out that the employee and client Candinate Beverly Biggs-Leavy had registered a non profit in the current client Eric Hakeem Deontaye Mays' deceased father's name without consent.

Name:  25a0076n.06
Case No.24 - 1317
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
BEVERLY BIGGS LEAVY, Plaintiff  -Appellant , v. LADEL LEWIS,
Defendant


**Plaintiff Attorney, Lento Law Group** Lawrence A. Katz ( Lawrence A. Katz was Call on May 1

 Gmail

**Nicki Reid <ms.nickireid@gmail.com>**

**Official Notice and Request for Investigation: Predatory Actions Impacting Eric B. Mays Estate and Foundation**
30 messages

**Nickesha V. Reid** <ms.nickireid@gmail.com>                                                                                      25 September 2025 at 15:09
To: mayor@cityofflint.com
Cc: "Olson, Samuel" <solson@geneseecountymi.gov>, Erik Orvik <Erik.Orvik@pacourts.us>, Rosanne DeFlavia <Rosanne.DeFlavia@pacourts.us>,
Joanne Gurley <jgurley@cityofflint.com>, AD1-AGC-newcomplaints <AD1-AGC-newcomplaints@nycourts.gov>, dleyton@geneseecountymi.gov,
zhuckabay@cityofflint.com, wwallace@cityofflint.com, llewis@cityofflint.com, ericmays2012@gmail.com

Nickesha Reid

2447 Caney Oaks Drive East

Jacksonville, FL 32218

September 25, 2025

Via Certified Mail & Email

Office of the Mayor

City of Flint

1101 S. Saginaw St.

Flint, MI 48502

**Re: Request for Review and Investigation into Misuse of the Eric B. Mays Legacy and Potential Misconduct**

Dear Mayor Sheldon Neeley,

I am writing in my capacity as Power of Attorney for Eric Hakeem Deontaye Mays, the sole heir of the late Councilman Eric B. Mays of Flint, Michigan. This letter serves as formal notice and a request for internal review, disciplinary referral, and potential criminal investigation regarding actions that compromise the integrity of the estate, misuse the late Councilman's name, and expose the City of Flint to reputational and legal risk.

It has come to our attention that:

## 1. Predatory Legal Conduct

Representatives of the Lento Law Group, including affiliated parties, engaged in practices to induce Mr. Hakeem Mays into pro bono representation with the apparent intent to control and defraud the estate. This included filing documents in probate using the electronic signature of Attorney John Fernandez, a Social Security attorney not licensed or competent to practice probate law in Michigan.

Attorney Concerns: Attorney Fernandez has indicated apprehension about filing complaints with regulatory departments or voluntarily withdrawing from the case due to concern over potential retaliation from involved parties.

These filings are currently before Judge Janine Barkley in Genesee County Probate Court, and the City should be aware of potential external influence compromising the probate process.

## 2. Unauthorized Foundation Creation and Digital Misuse

A foundation in the name of Eric B. Mays was created without knowledge, consent, or authorization of the sole heir. This was facilitated by Beverly Biggs Leavy, Wynthis Hall, John E. Groff, Jedidah Brown, David Haslip, and persons affiliated with the Hasselbring Senior Center, operating in coordination with the Lento Law Group.

Further, 810 Media Group and 810 Media Inc. have been used to amplify misinformation, publicly slander the heir and Power of Attorney, and mislead the public about the legitimacy of the Eric B. Mays Foundations, Inc. These activities may constitute violations under Michigan law and support claims for accomplice liability (MCL 767.39), conspiracy (MCL 750.157a), and fraud (MCL 750.218).

### 3. Predatory Facilitation by Councilwoman Tonya Burns

Councilwoman Tonya Burns facilitated the involvement of the Lento Law Group in Mr. Hakeem Mays' affairs by personally coordinating a meeting in Grand Rapids with Mr. Hakeem and his sister. At the time, Mr. Hakeem had recently lost his father and was emotionally vulnerable, without financial resources to manage funeral arrangements. The Lento Law Group, under Burns' facilitation, offered to cover funeral costs and induced Mr. Hakeem into pro bono representation under the guise of assistance, with the apparent intent to control and eventually defraud the estate.

Such conduct constitutes predatory and manipulative behavior, consistent with legal standards for undue influence and fraudulent inducement, supported by Michigan case law:

- In re Karmey Estate, 468 Mich 68, 75; 658 NW2d 796 (2003) – undue influence through misrepresentation or coercion.
- In re Estate of Arnold D. Mortimore, 2012 WL 566161 (Mich. App. 2012) – presumption of undue influence, especially in probate matters.

### 4. Unauthorized Use and Compliance Deadline

The Eric B. Mays Foundations, Inc., incorporated with full authority and approval of the sole heir and Power of Attorney, is the only legitimate organization representing the estate and legacy of Councilman Eric B. Mays. Its official website, EricBMays.com, is the only authorized online presence. Any other use of the name or creation of websites, foundations, or digital properties by the Lento Law Group or affiliated parties is unauthorized and potentially fraudulent.

Should these parties fail to cease all unauthorized activity and transfer control or terminate operations of any such foundation in Flint by October 15, 2025, the estate reserves the right to pursue federal legal remedies, including injunctive relief and damages, to protect the estate and the legacy of Councilman Mays.

### 5. Coordinated Harassment, Defamation, and Accomplice Liability

Jedidah Brown, in coordination with Beverly Biggs and John E. Groff, has engaged in public defamation and harassment against the lawful Power of Attorney and sole heir. These actions are part of a pattern intended to undermine the estate and mislead the public.

David Haslip, a member of the Lento Law Group, transferred the registered agent role of the unauthorized foundation to Wynthis Hall. While he did not participate in harassment, his involvement in facilitating the foundation's operations without authorization from the estate raises concerns regarding accomplice liability.

Legal References:

- Accomplice Liability (MCL 767.39) – aiding, abetting, or assisting in the commission of a crime.
- Conspiracy (MCL 750.157a) – conspiring to commit an illegal act.
- Fraud (MCL 750.218) – obtaining property or benefits by false pretenses.

### 6. Unauthorized Board Appointments

Gina Luster confirmed that Councilwoman Jerri Winfrey Carter told her she had been asked to serve on the board of the unauthorized foundation created by Beverly Biggs Leavy. Upon learning the foundation was unauthorized, she declined participation.

These events demonstrate a coordinated effort to defraud the estate, misusing Councilman Mays' name, likeness, and legacy for personal or political gain.

## 7. Lento Law Group History

The Lento Law Group, whose principal account is currently suspended, has a documented history of bribery and undue influence of elected officials, including during prior disciplinary proceedings. Their tactics include leveraging vulnerable heirs, creating unauthorized foundations, and using media platforms to mislead the public and donors.

## 8. Policy Recommendations for the City of Flint

To protect the legacy of Councilman Eric B. Mays and prevent future misuse, the City of Flint should implement a formal policy governing naming of public buildings or properties after private citizens, requiring:

- Verification of the legitimacy of affiliated foundations.
- Review by the City Attorney's office to ensure no conflicts of interest or unauthorized use of names, likenesses, or estates.
- Reporting procedures for potential misconduct or predatory actions by third parties.

## 9. Request for Review and Investigation

The estate respectfully requests that the City of Flint, and relevant prosecutorial authorities, review the actions of all named parties for potential criminal misconduct. Evidence suggests possible violations under accomplice liability (MCL 767.39), conspiracy (MCL 750.157a), and fraud (MCL 750.218).

We request that this matter be investigated to determine whether civil or criminal actions are warranted, including referral to the Genesee County Prosecutor, Michigan Attorney General, U.S. Attorney's Office (Eastern District of Michigan), and other relevant authorities, to ensure the protection of the estate, the legacy of Councilman Mays, and the integrity of Flint's public institutions.

Sincerely,

Nickesha Reid

Power of Attorney for Eric Hakeem Deontaye Mays

CC:

- Judge Janine Barkley, Genesee County Probate Court
- Michigan Attorney Grievance Commission
- Pennsylvania Bar Association
- New Jersey Office of Attorney Grievance
- Relevant authorities for nonprofit compliance

I remain,
Nicki Reid
Cell: 310-614-5432



**Hearing Location**
506

## Events (30)



**Event Date**
06/02/2025

**Description**
PETITION AND ORDER FOR REINSTATEMENT

**Party/Count**
IPI1

**Event No./Clerk**
27

**Comment**
IPI DATE REINSTATEMENT GRANTED

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
INVENTORY FILED

**Party/Count**
IPI1

**Event No./Clerk**
28

**Comment**
IPI INVENTORY FILED

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
INVENTORY SUBMITTED FOR CALCULATION

**Party/Count**
IPI1

**Event No./Clerk**
29

**Comment**
IPI INVENTORY FEE CALCULATED

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
INVENTORY INVOICE

**Party/Count**                                    **Event No./Clerk**
                                                   30

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Event Date**
04/22/2025

**Description**
LOG OF ELECTRONIC RECORDING

**Party/Count**                                    **Event No./Clerk**
                                                   24

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
ORDER

**Party/Count**                                    **Event No./Clerk**
                                                   25

**Comment**
RELIEF REQUESTED IS DENIED

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
  PROOF OF SERVICE

**Party/Count**                                    **Event No./Clerk**
                                                   26

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,


**Event Date**
  04/07/2025

**Description**
  PETITION

**Party/Count**                                    **Event No./Clerk**
                                                   18

**Comment**
  PETITION FOR REINSTATEMENT

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Description**
  PETITION

**Party/Count**                                    **Event No./Clerk**
                                                   19

**Comment**
  MOTION FOR AN EMERGENCY HEARING ON THE REMOVAL OF COUNSEL

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Description**
  MISCELLANEOUS

**Party/Count**                                    **Event No./Clerk**
                                                   20

**Comment**

MI POA

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
MISCELLANEOUS

**Party/Count**                                    **Event No./Clerk**
                                                    21

**Comment**
DURABLE FINANCIAL POWER OF ATTORNEY

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
NOTICE OF HEARING - 4/22/2025 at 9:00 AM

**Party/Count**                                    **Event No./Clerk**
                                                    22

**Comment**
PETITION FOR REINSTATEMENT AND MOTION FOR AN EMERGENCY HEARING
ON THE REMOVAL OF COUNSEL

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Description**
PROOF OF SERVICE

**Party/Count**                                    **Event No./Clerk**
                                                    23

**Judge**
BARKEY,JENNIE E.,

**Attorney**
FERNANDEZ,JOHN A.,

**Event Date**
  08/01/2024

**Description**
  NOTICE OF SUSPENSION REQUESTED

**Party/Count**                          **Event No./Clerk**
  IPI1                                     16

**Comment**
  IPI NOTICE OF SUSPENSION REQUE

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Description**
  ORDER SUSPENDING POWERS OF FIDUCIARY/PR

**Party/Count**                          **Event No./Clerk**
  IPI1                                     17

**Comment**
  IPI ORD SUSPENDING POWERS OF F

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Event Date**
  06/27/2024

**Description**
  NOTICE OF DEFICIENCY

**Party/Count**                          **Event No./Clerk**
  IPI1                                     15

**Comment**
  IPI NOTICE OF DEFICIENCY

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Event Date**
  04/05/2024

**Description**
  AFFIDAVIT OF PUBLICATION

**Party/Count**                                 **Event No./Clerk**
                                                14

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,


**Event Date**
  03/22/2024

**Description**
  DEATH CERTIFICATE

**Party/Count**                                 **Event No./Clerk**
                                                1

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Description**
  DEATH CERTIFICATE

**Party/Count**                                 **Event No./Clerk**
                                                2

**Comment**
  REDACTED

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Description**
  APPLICATION FOR INFORMAL PROBATE AND/OR APPOINTMENT OF PERSONAL
  REP

**Party/Count**                                 **Event No./Clerk**

3

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Description**
  PROTECTED PERSONAL IDENTIFYING INFORMATION

| Party/Count | Event No./Clerk |
|---|---|
| | 4 |

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Description**
  TESTIMONY OF INTEREST PARTY

| Party/Count | Event No./Clerk |
|---|---|
| | 5 |

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Description**
  REGISTERS ORDER/STATEMENT

| Party/Count | Event No./Clerk |
|---|---|
| | 6 |

**Judge**
  BARKEY,JENNIE E.,

**Attorney**
  FERNANDEZ,JOHN A.,

**Description**
  ACCEPTANCE OF TRUST/APPOINTMENT

| Party/Count | Event No./Clerk |
|---|---|
| IPI1 | 7 |

**Comment**
  IPI ACCEPTANCE OF TRUST/APPOIN